# EXHIBIT 2

Filed
D.C. Superior Court
08/03/2020 11:26RM
Clerk of the Court

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| Ashia George, Individually and As Personal Representative of the Estate of A.G., Elaje Gonzalez, and O.G.<br>8702 Dulwick Ct.<br>Laurel, MD 20708<br><br>　　　　　　Plaintiffs,<br><br>_v._<br><br>ABBOTT LABORATORIES, INC.,<br>100 Abbott Park Road<br>Abbott Park, IL 60064,<br><br>SERVE:<br>CT Corporation System<br>1015 15ᵗʰ Street NW<br>Suite 1000<br>Washington, DC 20005<br><br>　　　　　　Defendant. | Case No.　**2020 CA 003390 B** |

## COMPLAINT

**COME NOW,** Plaintiffs, by and through the undersigned counsel, and files this complaint, and for this cause of action states:

### JURISDICTION

1.　　　Jurisdiction of this court is invoked pursuant to D.C. Code § 11-921, and by virtue of the fact that all acts and omissions complained of occurred within the District of Columbia.

2.　　　Venue in this court is proper since the cause of action arose in the District of Columbia.

### PARTIES

3.　　　Plaintiffs Ashia George and Elaje Gonzalez are the parents of A.G and O.G. and they reside at the address in the caption hereof with O.G., their daughter.

4.      Defendant Abbott Laboratories, Inc. is a corporation which provided certain products to Children's National Medical Center in the District of Columbia.

## BACKGROUND

5.      On June 4, 2017, A.G and O.G. were born at Providence Hospital in the District of Columbia, the twin children of Ashia George and Elaje Gonzalez.

6.      Shortly after birth, the twins were transferred to Children's National Medical Center because of their prematurity.

7.      On August 2, 2017, A.G. passed away.

8.      The defendant, Abbott Laboratories, Inc. manufactures, designs, formulates, prepares, tests, provides instructions, markets, labels, packages, places into the stream of commerce in all fifty states and the District of Columbia, and sells premature infant formula including Similac Special Care and is a "product seller".

9.      Babies A.G. and O.G. were born extremely prematurely with low birth weights and were the product of an approximate 23 -week pregnancy.

10.     The babies were eventually transferred and placed in the Neonatal Intensive Care Unit (N.I.C.U). at Children's Hospital.

11.     The babies were fed mother's milk.

12.     After approximately one month after arriving at Children's, babies A.G. and O.G. were eventually placed on the product Similac Human Milk Fortifier, and/or Similac Special Care, which was added to the mother's milk feeding.

13.     Despite knowing that its Similac premature infant products increase the risk of N.E.C. (necrotizing enterocolitis) and death, Abbott did not warn of N.E.C. or death, nor did it provide any instructions or guidance on how to avoid N.E.C. or death.

14.     The product, Similac Special Care, and/or Similac Human Milk Fortifier was

2

introduced to the babies and fed to the babies.

15.     The product, Similac Special Care, contained only the following packaging information guidelines, instructions and warnings:

> "Similac Special Care 20 - Precautions:
>
> > • Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
> >
> > • Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings
> >
> > • Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
> >
> > • Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician"
>
> "Similac Special Care 24 – Precautions:
>
> > • Very low-birth weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
> >
> > • Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings

3

• Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued

• Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician"

"Similac Special Care 24 High Protein – Precautions:

• Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously

• Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings

• Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued

• Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician

4

"Similac Special Care 30 – Precautions:

- Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously

- Use this product only after feedings of lower caloric density are well-established. For improved tolerance, it is best to increase caloric density slowly, by 2- to 4-Cal/fl oz increments

- Hydration status should be monitored

- Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued

- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician"

Package warnings as follows:

"Similac Special Care Premature 20 calorie and 24 calorie and High Protein - Precaution:

- If signs of intolerance develop, slow feeding or discontinue.

- Not intended for low-birth-weight infants after they reach a weight of 3600 grams (approx.. 8 lb) or as directed by a doctor."

"Similac Special Care Premature 30 calorie – Precaution:

- Use once feeding tolerance is established

- If signs of intolerance develop, slow feeding or discontinue.

5

- Hydration status should be monitored

- Not intended for low-birth-weight infants after they reach a weight of 3600 grams (approx.. 8 lb) or as directed by a doctor."

Similac Human Milk Fortifier Powder Safety Precautions:

- Add only to human milk - do not add water.

- Tolerance to enteral feedings should be confirmed by offering small volumes of unfortified human milk.

- Once enteral feeding is well established, Similac Human Milk Fortifier Powder can be added to human milk.

- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approx.. 8 lb) or as directed by a physician.

- Powdered infant formulas are not sterile and should not be fed to premature infants or infants who might have immune problems unless directed and supervised by your baby's doctor.

- Never use a microwave oven to warm feedings. Serious burns can result.

16.     A copy of the product's packaging, information, guidelines, instructions and warnings is attached and incorporated to this complaint as Exhibit A.

17.     Abbott Laboratories cited the following medical literature for Similac:

"Similac Special Care 20"

a.   Canfield LM, et al. *Eur J* Nutr 2003;42:1 33-141.

b.   Schweigert FJ, et al. *Eur J* Nutr2004;43:39-44.

c.   Patton S, et al. *Lipids* 1990;25:159-1 65.

d.   Rubin LP, et al. *J Perinatol* 201 2; 32(6):418-424.

6

e.  Mize CE, et al. *Am J Clin Nutr* 1995;62:385-391.

"Similac Special Care 24"

a.  O'Connor DL, et al. *Pediatrics* 2001;108:359-371.

b.  Groh-Wargo S, et al. *Pediatr Res* 2005;57:712-718.

c.  Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.

d.  Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.

e.  Patton S, et al. *Lipids* 1990;25:159-165.

f.  Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.

g.  Mize CE, et al. *Am J Clin Nutr* 1995;62:385-391.

"Similac Special Care 24 High Protein"

a.  Ziegler EE. *J Pediatr Gastroenterol Nutr* 2007;45:170-174.

b.  Klein CJ. *J Nutr* 2002;132:1395S-1577S.

c.  Kleinman RE, Greer FR (eds ). *Pediatric Nutrition*, 7th ed.

   Elk Grove Village, IL: American Academy of Pediatrics; 2014:93.

d.  Canadian Pediatric Society. *CMAJ* 1995;152(11):1765-1785.

e.  Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.

f.  Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.

g.  Patton S, et al. *Lipids* 1990;25:159-165.

h.  Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.

i.  Mize CE, et al. *Am J Clin Nutr* 1995;62:385-391.

"Similac Special Care 30"

a.  Klein CJ. *J Nutr* 2002;132:1395S-1577S.

b.  Lewis J, et al. *J Invest Med* 2010;58(2):435. Abstract 283.

c.  Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.

    d.   Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.

    e.   Patton S, et al. *Lipids* 1990;25:159-165.

    f.   Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.

    g.   Tsang R, et al (eds). *Nutrition of the Preterm Infant:* Scientific Basis and Practical Guidelines. Cincinnati, OH: Digital Education Publishing Inc., 2005.

"Similac Human Milk Fortifier Powder"

    a.   Barrett-Reis B, et al. Pediatrics 2000;106:581-588.

    b.   Chan GM. J Perinatol 2003;23:620-623.

18.    None of this literature properly warns or highlights that its product causes N.E.C. or death nor provides guidance on how to avoid N.E.C. or death while using its product.

19.    Despite knowing that its product increases the risk of N.E.C. and death, Abbott Laboratories did not warn of N.E.C. or death, nor did it provide any instructions or guidance on how to avoid N.E.C. or death.

20.    Similac Human Milk Fortifier contains bovine or cow-based formula.

21.    Similac Special Care contains bovine or cow-based formula.

22.    The cow-based formula product, Similac Special Care and/or Similac Human Milk Fortifier, is dangerous to premature infants in that it significantly increases the risk that the baby will develop N.E.C.

23.    The cow-based formula product, Similac Special Care and/or Similac Human Milk Fortifier, is dangerous to premature infants in that it significantly increases the risk that the baby will die.

24.    The defendant, Abbott Laboratories, Inc., failed to properly warn that its product, Similac Special Care and/or Similac Human Milk Fortifier, can significantly increase the risk that the premature infant will develop N.E.C. and/or death.

8

25.     The defendant, Abbott Laboratories, Inc.'s cow-based formula product did cause the baby A.G., to develop N.E.C., which triggered a pro-inflammatory cascade leading to epithelial barrier disruption, bacterial translocation and transmural necrosis, bowel perforation, and internal bleeding.

26.     Prior to June, 2017, the defendant, Abbott Laboratories, Inc. was aware, or should have been aware, that its product was not safe for use, as it was used, in the premature infant, Ada Gonzalez, yet they took no steps to prevent its use in such a situation.

27.     The defendants, Abbott Laboratories, Inc. did foresee, or should have foreseen, that its product would be used as it was in the case of Ada Gonzalez and knew or should have known, that such use would significantly increase the risk of N.E.C. and death in Ada Gonzalez, yet it took no steps to prevent such use.

28.     The product, Similac Special Care and/or Similac Human Milk Fortifier, was not safe to be used as it was in the case of A.G., and the defendant knew, or should have known, it was unsafe, yet it failed to instruct or warn the FDA, NICUs, hospitals, doctors and parents that its product was not safe.

29.     The product, Similac Special Care and/or Similac Human Milk Fortifier, was not safe to be used as it was in the case of A.G. and the defendant knew or should have known it was unsafe, yet it failed to provide any instructions or guidelines on when and how its product would be safe to use in a premature infant like A.G.

30.     The defendant, Abbott Laboratories, Inc, has marketed their Similac products as safe and beneficial for premature infants like A.G..

31.     The defendants, Abbott Laboratories, Inc. have promoted its Similac products for extremely premature infants and claim its product increases the baby's weight and caloric intake and its product is more beneficial than harmful.

9

32.     Science and research have advanced in recent years confirming the dangers of the defendants, Abbott Laboratories, Inc., cow-based product in causing N.E.C. and death in premature infants, yet the defendant did nothing to change its product, packaging, guidelines, instructions and warnings.

33.     In a study published in 2007 it was reported: "The use of an exclusive HUM [Human] diet is associated with significant benefits for extremely premature infants <1m259 g BW.   The benefits include decreased NEC rates, mortality, late-onset sepsis, PDA, BPD, ventilator days, and ROP.   Importantly, while evaluating the benefits of using an exclusive HUM-based protocol, it appears that there were no feeding-related adverse outcomes.   This study demonstrates that an exclusive HUM diet provides important benefits beyond NEC." Sisk, PM, et al. *Early human milk feeding is associated with a lower risk of necrotizing enterocolitis in very low birth weight infants.* (Journal of Perinatology 2007; 27:428-433.)

34.     The recommendations and conclusions of the article were significantly scientifically supported with the following references:

   a.   Llanos A, Moss M, Pinzon M, Dye T, Sinkin R, Kendeg J. Epidemiology of neonatal necrotizing enterocolitis: a population based study. Paediatri Perinat Epidemiol 2002; 16: 342.

   b.   Fanaroff A, Hack M, Walsh M. The NICHD neonatal research network: changes in practice and outcomes during the first 15 years. Semin Perinatol 2003; 27: 281–287.

   c.   Lemons J, Bauer C, Korones S, Papile L, Stoll B, Verter J et al. Very low birth weight outcomes of the National Institute of Child Health and Human Development Neonatal Research Network, January 1995 through December 1996. NICHD Neonatal Research Network. Pediatrics 2001; 107: E1.

d.   Luig M, Lui K. Epidemiology of necrotizing enterocolitis – Part 1: changing regional trends in extremely premature infants over 14 years. J Paediatr Child Health 2005; 41: 169–173.

e.   Guthrie S, Gordon P, Thomas V, Thorp J, Peabody J, Clark R. Necrotizing enterocolitis among neonates in the United States. J Perinatol 2003; 23: 278–285.

f.   Lin P, Stoll B. Necrotizing enterocolitis. Lancet 2006; 368: 1271–1283.

g.   Salhab W, Perlman J, Silver L, Broyles R. Necrotizing enterocolitis and neurodevelopmental outcome in extremely low birth weight infants. J Perinatol 2004; 24: 534–540.

h.   Ladd A, Rescorla F, West K, Scherer III, Engum S, Grosfeld J. Long-term follow-up after resection for necrotizing enterocolitis: factors affecting outcome. J Pediatr Surg 1998; 33: 967–972.

i.   Walsh M, Kleigman R, Hack M. Severity of necrotizing enterocolitis: influence on outcome at 2 years of age. Pediatrics 1989; 84: 808–814.

j.   Vohr BR, Wright L, Dusick A. Neurodevelopmental and functional outcomes of extremely low birth weight infants in the National Institute of Child Health and Human Developmental Neonatal Research Network, 1993–1994. Pediatrics 2000; 105: 1216–1226.

k.   Sonntag J, Grimmer I, Scholz T, Metze B, Wit J, Obladen M. Growth and neurodevelopmental outcome of very low birth weight infants with necrotizing enterocolitis. Acta Paediatr 2000; 89: 528–532.

l.   Claud E, Walker W. Hypothesis: inappropriate colonization of the premature intestine can cause neonatal necrotizing enterocolitis. FASEB J 2001; 15: 1398–1403.

m.  Lucas A, Cole T. Breast milk and neonatal necrotising enterocolitis. Lancet 1990; 336: 1519–1523.

n.  Schanler R, Shulman R, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk versus preterm formula. Pediatrics 1999; 103: 1150–1157.

o.  Schanler R, Lau C, Hurst N, O'Brian Smith E. Randomized trial of donor human milk versus preterm formula as substitutes for mothers' own milk in the feeding of extremely premature infants. Pediatrics 2005; 116: 400–406.

p.  McGuire W, Anthony M. Donor human milk versus formula for preventing necrotising enterocolitis in preterm infants: systematic review. Arch Dis Child Fetal Neonatal Ed 2003; 88: F11–F14.

q.  Lefebvre F, Ducharme M. Incidence and duration of lactation and lactational performance among mothers of low birth and term infants. CMAJ 1989; 140: 1159–1164.

r.  Kennedy K, Tyson J. Early versus delayed initiation of progressive enteral feedings for parenterally fed low birth weight or preterm infants. Cochrane Database Syst Rev 2000; 2: CD001970.

s.  Sisk P, Lovelady C, Dillard R, Gruber K. Lactation counseling for mothers of very low birth weight infants: effect on maternal anxiety and infant intake of human milk. Pediatrics 2006; 117: E67–E75.

t.  Arnold LD. Recommendations for Collection, Storage, and Handling of a Mother's Milk for Her Own Infant in the Hospital Setting, 3rd edn. The Human Milk Banking Association of North America Inc.: Denver, CO, 1999.

u.  Bell M, Ternberg J, Feignin R. Neonatal necrotizing enterocolitis: therapeutic decisions based upon clinical staging. Ann Surg 1978; 187: 1–7.

v.  Boyd C, Quigley M, Brocklehurst P. Donor breast milk versus infant formula for preterm infants: a systematic review and meta-analysis. Arch Dis Child Fetal Neonatal Ed. (Online 5 April) 2006.

w.  Ronnestad A, Abrahamsen T, Medbo S, Reigstad H, Lossius K, Kaaresen P et al. Late-onset septicemia in a Norwegian National Cohort of extremely premature infants receiving very early full human milk feeding. Pediatrics 2005; 115: E269–E276.

x.  Furman L, Taylor G, Minich N, Hack M. The effect of maternal milk on neonatal morbidity of very low-birth-weight infants. Arch Pediatr Adolesc Med 2003; 157: 66–71.

y.  Hanson L, Korotokova M. The role of breastfeeding in prevention against neonatal infection. Semin Neonatol 2002; 7: 275–281.

z.  Xanthou M. Immune protection of human milk. Biol Neonate 1998; 74: 121–133.

aa. Nanthakumar N, Fusunyan R, Sanderson I, Walker A. Inflammation in the developing human intestine: a possible pathophysiologic contribution to necrotizing enterocolitis. Proc Natl Acad Sci USA 2000; 97: 6043–6048.

bb. Martin R, Langa S, Reviriego C, Jiminez E, Marin M, Xaus J et al. Human milk is a source of lactic acid bacteria for the infant gut. J Pediatr 2003; 143: 754–758.

cc. Martin R, Olivares M, Marin M, Fernandez L, Xaus J, Rodriquez J. Probiotic potential of 3 lactobacilli strains isolated from breast milk. J Hum Lact 2005; 21: 8–17.

dd. Lonnerdal B. Nutritional and physiological significance of human milk proteins. Am J Clin Nutr 2003; 77: 1537S–1543S.

ee. Bisquera J, Cooper T, Berseth CL. Impact of necrotizing enterocolitis on length of stay and hospital charges in very low birth weight infants. Pediatrics 2002; 109: 423–428.

ff. Meier PP, Engstrom JM, Mingolelli SS, Miracle DJ, Keisling S. The Rush Mothers' Milk Club: breastfeeding interventions for mothers with very low birth weight infants. J Obstet Gynecol Neonatal Nurs 2004; 33: 164–174.

35.     In another study published in 2013 it was reported: "This is the first randomized trial in EP [Extremely Premature] infants of exclusive HM [Human Milk] vs. PF [Preterm Formula]. The significantly shorter duration of TPN and lower rate of surgical NEC support major changes in the strategy to nourish EP infants in the NICU." Cristofal, E.A., et al, *Exclusive Human Milk vs Preterm formula: Randomized Trial in Extremely Preterm Infants.* (J Pediatr 2013 Dec; 163(6): 1592-1595.)

36.     The recommendations and conclusions of the article were significantly scientifically supported with the following references:

a. Morales Y, Schanler RJ. Human milk and clinical outcomes in VLBW infants: how compelling is the evidence of benefit? Semin Perinatol 2007; 31:83-8.

b. Roze J-C, Darmaun D, Boquien C-Y, Flamant C, Picaud J-C, Savagner C, et al. The apparent breastfeeding paradox in very preterm infants: relationship between breast feeding, early weight gain and neurodevelopment based on results from two cohorts, EPIPAGE and LIFT. BMJ Open 2012;2:e000834.

c. Schanler RJ, Shulman RJ, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk vs preterm formula. Pediatrics 1999; 103:1150-7.

d. Schanler RJ. Mother's own milk, donor human milk, and preterm formulas in the

14

feeding of extremely premature infants. J Pediatr Gastroenterol Nutr 2007;45:S175-7.

e. Boyd CA, Quigley MA, Brocklehurst P. Donor breast milk versus infant formula for preterm infants: a systematic review and meta-analysis. Arch Dis Child Fetal Neonatal Ed 2007;92:F169-75.

f. Quigley MA, Henderson G, Anthony MY, McGuire W. Formula milk versus donor breast milk for feeding preterm or low birth weight infants. Cochrane Database Syst Rev 2007;17:CD002971.

g. Schanler RJ, Lau C, Hurst NM, Smith EO. Randomized trial of donor human milk versus preterm formula as substitutes for mothers' own milk in the feeding of extremely premature infants. Pediatrics 2005; 116:400-6.

h. Sullivan S ,Schanler RJ, KimJH ,PatelAL ,Trawoeger R ,Kiechl-Kohlendorfer U, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562-7.

i. Terpstra FG, Rechtman DJ, Lee ML, Hoeij KV, Berg H, Van Engelenberg FA, et al. Antimicrobial and antiviral effect of high-temperature short-time (HTST) pasteurization applied to human milk. Breastfeed Med 2007;2: 27-33.

j. Weisman LE, Stoll BJ, Kueser TJ, Rubio TT, Frank CG, Heiman HS, et al. Intravenous immune globulin prophylaxis of late-onset sepsis in premature neonates. J Pediatr 1994;125:922-30.

k. Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc 1958;53:457-81.

l. Lucas A, Lucas PJ, Chavin SI, Lyster RL, Baum JD. A human milk formula. Early

Hum Dev 1980;4:15-21.

m. Eidelman AI, Schanler RJ. Section on Breastfeeding Executive Committee. Breastfeeding and the use of human milk: policy statement. Pediatrics 2012;129:e827-41.

n. US Department of Health and Human Services and The Surgeon General's Call to Action to Support Breastfeeding. http://www.surgeongeneral.gov/topics/breastfeeding/. 2011.

37.   In another study published in 2014, it was reported:

"Necrotizing enterocolitis (NEC) is a devastating disease of premature infants and is associated with significant morbidity and mortality. While the pathogenesis of NEC remains incompletely understood, it is well established that the risk is increased by the administration of infant formula and decreased by the administration of breast milk." Good, Misty, et al., *Evidence Based Feeding Strategies Before and After the Development of Necrotizing Enterocolitis.* (Expert Rev Clin Immunol. 2014 July; 10 (7): 875-884.)

In that same article it was reported:   "Necrotizing   enterocolitis (NEC) is the most frequent and lethal gastrointestinal disorder affecting preterm infants [1,2], and is characterized by intestinal barrier disruption leading to intestinal necrosis, multi-system organ failure and death.  NEC affects 7-12% of preterm infants weighing less than 1500 grams, and the frequency of disease appears to be either stable or rising in several studies [1-3].  The typical patient who develops NEC is a premature infant who displays a rapid progression from mild feeding intolerance to systemic sepsis, and up to 30% of infants will die from this disease [3,4]."

In that same article it was reported:   "A wide variety of feeding practices exist on how to feed the premature infant in the hopes of preventing necrotizing enterocolitis. There have been several meta-analysis reviewing the timing of administration and rate of advancement of enteral feedings in the premature infant as reviewed above, but there is no consensus on the precise feeding strategy to prevent this disease. The exclusive use of human breast milk is recommended for all premature infants and is associated with a significant decrease in the incidence of NEC [11–13]. By determining the specific ingredients in breast milk that are protective against NEC, it is our hope that this devastating disease will one day be preventable.

38.   The recommendations and conclusions of the article were significantly scientifically supported by citing to the following references:

a. Henry MC, Moss, RL. *Necrotizing enterocolitis.* (Annual review of medicine. 2009; 60:111-124.),

b. Caplan MS, Jilling T. *New concepts in necrotizing enterocolitis.* (Current opinion in pediatrics. 2001; 13(2): 111-115. [PubMed: 11317050],

c. Neu, J, Walker WA. *Necrotizing enterocolitis.* (The New England Journal of Medicine. 2011; 364(3):255-264.) [PubMed: 21247316].

d. Lin PW, Stoll BJ. Necrotising enterocolitis. Lancet. 2006; 368(9543):1271–1283. [PubMed: 17027734]

e. Kliegman RM, Walsh MC. Neonatal necrotizing enterocolitis: pathogenesis, classification, and spectrum of illness. Current problems in pediatrics. 1987; 17(4):213–288. [PubMed: 3556038]

f. Bell MJ, Ternberg JL, Feigin RD, et al. Neonatal necrotizing enterocolitis. Therapeutic decisions based upon clinical staging. Annals of surgery. 1978; 187(1):1–7. [PubMed: 413500]

g. Neu J. Neonatal necrotizing enterocolitis: an update. Acta paediatrica. 2005; 94(449):100–105. [PubMed: 16214774]

h. Lee JS, Polin RA. Treatment and prevention of necrotizing enterocolitis. Seminars in neonatology: SN. 2003; 8(6):449–459. [PubMed: 15001117]

i. Frantz ID 3rd, L'Heureux P, Engel RR, Hunt CE. Necrotizing enterocolitis. The Journal of pediatrics. 1975; 86(2):259–263. [PubMed: 803385]

j. Vollman JH, Smith WL, Tsang RC. Necrotizing enterocolitis with recurrent hepatic portal venous gas. The Journal of pediatrics. 1976; 88(3):486–487. [PubMed: 1245964]

k. Lucas A, Cole TJ. Breast milk and neonatal necrotising enterocolitis. Lancet. 1990; 336(8730): 1519–1523. Describes the strong relationship of the protective effect of

breast milk on NEC. [PubMed: 1979363]

l. Newburg DS, Walker WA. Protection of the neonate by the innate immune system of developing gut and of human milk. Pediatric research. 2007; 61(1):2–8. [PubMed: 17211132]

m. Meinzen-Derr J, Poindexter B, Wrage L, Morrow AL, Stoll B, Donovan EF. Role of human milk in extremely low birth weight infants' risk of necrotizing enterocolitis or death. Journal of perinatology: official journal of the California Perinatal Association. 2009; 29(1):57–62. Demonstrated that the protective effects of breast milk on NEC are dose-dependent. [PubMed: 18716628]

n. Schanler RJ, Lau C, Hurst NM, Smith EO. Randomized trial of donor human milk versus preterm formula as substitutes for mothers' own milk in the feeding of extremely premature infants. Pediatrics. 2005; 116(2):400–406. [PubMed: 16061595]

o. McGuire W, Anthony MY. Donor human milk versus formula for preventing necrotizing enterocolitis in preterm infants: systematic review. Archives of disease in childhood. Fetal and neonatal edition. 2003; 88(1):F11–14. [PubMed: 12496220]

p. Quigley MA, Henderson G, Anthony MY, McGuire W. Formula milk versus donor breast milk for feeding preterm or low birth weight infants. Cochrane database of systematic reviews. 2007; (4):CD002971. Meta-analysis demonstrating the strong relationship of formula feeding and increased incidence of NEC. [PubMed: 17943776]

q. Davies DP. Adequacy of expressed breast milk for early growth of preterm infants. Archives of disease in childhood. 1977; 52(4):296–301. [PubMed: 558739]

r. Gross SJ. Growth and biochemical response of preterm infants fed human milk or modified infant formula. The New England journal of medicine. 1983; 308(5):237–241. [PubMed: 6848932]

18

s.  Lucas A, Gore SM, Cole TJ, et al. Multicentre trial on feeding low birthweight infants: effects of diet on early growth. Archives of disease in childhood. 1984; 59(8):722–730. [PubMed: 6476868]

t.  Lucas A, Morley R, Cole TJ, et al. Early diet in preterm babies and developmental status in infancy. Archives of disease in childhood. 1989; 64(11):1570–1578. [PubMed: 2690739]

u.  Raiha NC, Heinonen K, Rassin DK, Gaull GE. Milk protein quantity and quality in lowbirthweight infants: I. Metabolic responses and effects on growth. Pediatrics. 1976; 57(5):659– 684. [PubMed: 7767]

v.  Schultz K, Soltesz G, Mestyan J. The metabolic consequences of human milk and formula feeding in premature infants. Acta paediatrica Scandinavica. 1980; 69(5):647–652. [PubMed: 7234386]

w.  Tyson JE, Lasky RE, Mize CE, et al. Growth, metabolic response, and development in very-low birth- weight infants fed banked human milk or enriched formula. I. Neonatal findings. The Journal of pediatrics. 1983; 103(1):95–104. [PubMed: 6864403]

x.  Henderson G, Anthony MY, McGuire W. Formula milk versus maternal breast milk for feeding preterm or low birth weight infants. Cochrane database of systematic reviews. 2007; (4):CD002972. [PubMed: 17943777]

y.  Cristofalo EA, Schanler RJ, Blanco CL, et al. Randomized Trial of Exclusive Human Milk versus Preterm Formula Diets in Extremely Premature Infants. The Journal of pediatrics. 2013; 163(6): 1592–1595. e1591. [PubMed: 23968744]

z.  Schanler RJ, Shulman RJ, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk versus preterm formula. Pediatrics. 1999; 103(6 Pt 1):1150–1157. [PubMed: 10353922]

aa. Furman L, Taylor G, Minich N, Hack M. The effect of maternal milk on neonatal morbidity of very low-birth-weight infants. Archives of pediatrics & adolescent medicine. 2003; 157(1):66–71. [PubMed: 12517197]

bb. Jones JA, Ninnis JR, Hopper AO, et al. Nitrite and Nitrate Concentrations and Metabolism in Breast Milk, Infant Formula, and Parenteral Nutrition. JPEN. Journal of parenteral and enteral nutrition. 2013

cc. Petersson J, Phillipson M, Jansson EA, Patzak A, Lundberg JO, Holm L. Dietary nitrate increases gastric mucosal blood flow and mucosal defense. American journal of physiology. Gastrointestinal and liver physiology. 2007; 292(3):G718–724. [PubMed: 17082222]

dd. Nankervis CA, Giannone PJ, Reber KM. The neonatal intestinal vasculature: contributing factors to necrotizing enterocolitis. Seminars in perinatology. 2008; 32(2):83–91. [PubMed: 18346531]

ee. Nankervis CA, Reber KM, Nowicki PT. Age-dependent changes in the postnatal intestinal microcirculation. Microcirculation. 2001; 8(6):377–387. [PubMed: 11781811]

ff. Duncan C, Dougall H, Johnston P, et al. Chemical generation of nitric oxide in the mouth from the enterosalivary circulation of dietary nitrate. Nature medicine. 1995; 1(6):546–551.

gg. Kanady JA, Aruni AW, Ninnis JR, et al. Nitrate reductase activity of bacteria in saliva of term and preterm infants. Nitric oxide: biology and chemistry/official journal of the Nitric Oxide Society. 2012; 27(4):193–200. [PubMed: 22842223]

hh. Yazji, I.; Sodhi, CP.; Lee, EK., et al. Endothelial TLR4 activation impairs intestinal microcirculatory perfusion in necrotizing enterocolitis via eNOS-NO-nitrite

signaling. Proceedings of the National Academy of Sciences of the United States of America; 2013.

ii. Sodhi C, Richardson W, Gribar S, Hackam DJ. The development of animal models for the study of necrotizing enterocolitis. Disease models & mechanisms. 2008; 1(2–3):94–98. [PubMed: 19048070]

jj. Polycarpou E, Zachaki S, Tsolia M, et al. Enteral L-arginine supplementation for prevention of necrotizing enterocolitis in very low birth weight neonates: a double-blind randomized pilot study of efficacy and safety. JPEN. Journal of parenteral and enteral nutrition. 2013; 37(5):617–622. [PubMed: 23329787]

kk. Amin HJ, Zamora SA, McMillan DD, et al. Arginine supplementation prevents necrotizing enterocolitis in the premature infant. The Journal of pediatrics. 2002; 140(4):425–431. [PubMed: 12006956]

ll. Polycarpou E, Zachaki S, Tsolia M, et al. Enteral L-arginine Supplementation for Prevention of Necrotizing Enterocolitis in Very Low Birth Weight Neonates: A Double-Blind Randomized Pilot Study of Efficacy and Safety. JPEN. Journal of parenteral and enteral nutrition. 2013

mm. Rhoads JM, Argenzio RA, Chen W, et al. L-glutamine stimulates intestinal cell proliferation and activates mitogen-activated protein kinases. The American journal of physiology. 1997; 272(5 Pt 1):G943–953. [PubMed: 9176200]

nn. Poindexter BB, Ehrenkranz RA, Stoll BJ, et al. Parenteral glutamine supplementation does not reduce the risk of mortality or late-onset sepsis in extremely low birth weight infants. Pediatrics. 2004; 113(5):1209–1215. [PubMed: 15121931]

oo. Becker RM, Wu G, Galanko JA, et al. Reduced serum amino acid concentrations in infants with necrotizing enterocolitis. The Journal of pediatrics. 2000; 137(6):785–

793. [PubMed: 11113834]

pp.  Pawlik D, Lauterbach R, Hurkala J, Radziszewska R. The effects of enteral administration of glutamine enriched solution in very low birth weight infants on reducing the symptoms of feeding intolerance. A prospective, randomized pilot study. Medycyna wieku rozwojowego. 2012; 16(3): 205–211. [PubMed: 23378398]

qq.  Moe-Byrne T, Wagner JV, McGuire W. Glutamine supplementation to prevent morbidity and mortality in preterm infants. Cochrane database of systematic reviews. 2012; 3:CD001457. [PubMed: 22419279]

rr.  Newburg DS. Neonatal protection by an innate immune system of human milk consisting of oligosaccharides and glycans. Journal of animal science. 2009; 87(13 Suppl):26–34. [PubMed: 19028867]

ss.  Ruiz-Palacios GM, Cervantes LE, Ramos P, Chavez-Munguia B, Newburg DS. Campylobacter jejuni binds intestinal H(O) antigen (Fuc alpha 1, 2Gal beta 1, 4GlcNAc), and fucosyloligosaccharides of human milk inhibit its binding and infection. The Journal of biological chemistry. 2003; 278(16):14112–14120. [PubMed: 12562767]

tt.  Newburg DS, Ruiz-Palacios GM, Morrow AL. Human milk glycans protect infants against enteric pathogens. Annual review of nutrition. 2005; 25:37–58.

uu.  Bode L. Human milk oligosaccharides: prebiotics and beyond. Nutrition reviews. 2009; 67 (Suppl 2):S183–191. [PubMed: 19906222]

vv.  Weng M, Walker WA. The role of gut microbiota in programming the immune phenotype. Journal of developmental origins of health and disease. 2013; 4(3)

ww.  Jantscher-Krenn E, Zherebtsov M, Nissan C, et al. The human milk oligosaccharide disialyllacto-N-tetraose prevents necrotising enterocolitis in neonatal rats. Gut. 2012;

61(10): 1417–1425. Authors demonstrate that the specific human milk oligosaccharide disialyllacto-Ntetraose prevents experimental NEC. [PubMed: 22138535]

xx.  Valenti P, Antonini G. Lactoferrin: an important host defence against microbial and viral attack. Cellular and molecular life sciences: CMLS. 2005; 62(22):2576–2587. [PubMed: 16261253]

yy.  Haversen L, Ohlsson BG, Hahn-Zoric M, Hanson LA, Mattsby-Baltzer I. Lactoferrin downregulates the LPS-induced cytokine production in monocytic cells via NF-kappa B. Cellular immunology. 2002; 220(2):83–95. [PubMed: 12657243]

zz.  Buccigrossi V, de Marco G, Bruzzese E, et al. Lactoferrin induces concentration-dependent functional modulation of intestinal proliferation and differentiation. Pediatric research. 2007; 61(4):410–414. [PubMed: 17515863]

aaa. Sherman MP, Bennett SH, Hwang FF, Yu C. Neonatal small bowel epithelia: enhancing antibacterial defense with lactoferrin and Lactobacillus GG. Biometals: an international journal on the role of metal ions in biology, biochemistry, and medicine. 2004; 17(3):285–289.

bbb. Manzoni P, Rinaldi M, Cattani S, et al. Bovine lactoferrin supplementation for prevention of late-onset sepsis in very low-birth-weight neonates: a randomized trial. JAMA: the journal of the American Medical Association. 2009; 302(13):1421–1428. Compared bovine lactoferrin plus *Lactobacillus rhamnosus* GG versus lactoferrin alone and found a decreased incidence of NEC in the lactoferrin and *Lactobacillus rhamnosus* GG group. [PubMed: 19809023]

ccc. Magnuson JS, Henry JF, Yip TT, Hutchens TW. Structural homology of human, bovine, and porcine milk lactoferrins: evidence for shared antigenic determinants.

Pediatric research. 1990; 28(2):176–181. [PubMed: 1697671]

ddd. Dvorak B. Milk epidermal growth factor and gut protection. The Journal of pediatrics. 2010; 156(2 Suppl):S31–35. [PubMed: 20105663]

eee. Nair RR, Warner BB, Warner BW. Role of epidermal growth factor and other growth factors in the prevention of necrotizing enterocolitis. Seminars in perinatology. 2008; 32(2):107–113. [PubMed: 18346534]

fff. Feng J, Besner GE. Heparin-binding epidermal growth factor-like growth factor promotes enterocyte migration and proliferation in neonatal rats with necrotizing enterocolitis. Journal of pediatric surgery. 2007; 42(1):214–220. [PubMed: 17208569]

ggg. Sheng G, Bernabe KQ, Guo J, Warner BW. Epidermal growth factor receptor-mediated proliferation of enterocytes requires p21waf1/cip1 expression. Gastroenterology. 2006; 131(1): 153–164. [PubMed: 16831599]

hhh. Pollack PF, Goda T, Colony PC, et al. Effects of enterally fed epidermal growth factor on the small and large intestine of the suckling rat. Regulatory peptides. 1987; 17(3):121–132. [PubMed: 3495822]

iii. Dvorak B, Williams CS, McWilliam DL, et al. Milk-borne epidermal growth factor modulates intestinal transforming growth factor-alpha levels in neonatal rats. Pediatric research. 2000; 47(2): 194–200. [PubMed: 10674346]

jjj. Clark JA, Doelle SM, Halpern MD, et al. Intestinal barrier failure during experimental necrotizing enterocolitis: protective effect of EGF treatment. American journal of physiology. Gastrointestinal and liver physiology. 2006; 291(5):G938–949. [PubMed: 16798726]

kkk. Dvorak B, Halpern MD, Holubec H, et al. Epidermal growth factor reduces the development of necrotizing enterocolitis in a neonatal rat model. American journal

of physiology. Gastrointestinal and liver physiology. 2002; 282(1):G156–164. [PubMed: 11751169]

lll. Clark JA, Lane RH, Maclennan NK, et al. Epidermal growth factor reduces intestinal apoptosis in an experimental model of necrotizing enterocolitis. American journal of physiology. Gastrointestinal and liver physiology. 2005; 288(4):G755–762. [PubMed: 15528252]

mmm. Yu X, Radulescu A, Zorko N, Besner GE. Heparin-binding EGF-like growth factor increases intestinal microvascular blood flow in necrotizing enterocolitis. Gastroenterology. 2009; 137(1): 221–230. [PubMed: 19361505]

nnn. Dvorak B, Khailova L, Clark JA, et al. Comparison of epidermal growth factor and heparinbinding epidermal growth factor-like growth factor for prevention of experimental necrotizing enterocolitis. Journal of pediatric gastroenterology and nutrition. 2008; 47(1):11–18. Provides side by side comparison of two potential therapeutics for NEC and determines efficacy of each. [PubMed: 18607263]

ooo. Morgan J, Bombell S, McGuire W. Early trophic feeding versus enteral fasting for very preterm or very low birth weight infants. Cochrane database of systematic reviews. 2013; 3:CD000504. [PubMed: 23543508]

ppp. McClure RJ, Newell SJ. Randomised controlled study of clinical outcome following trophic feeding. Archives of disease in childhood. Fetal and neonatal edition. 2000; 82(1):F29–33. [PubMed: 10634838]

qqq. Sallakh-Niknezhad A, Bashar-Hashemi F, Satarzadeh N, Ghojazadeh M, Sahnazarli G. Early versus Late Trophic Feeding in Very Low Birth Weight Preterm Infants. Iranian journal of pediatrics. 2012; 22(2):171–176. [PubMed: 23056882]

rrr. Berseth CL, Bisquera JA, Paje VU. Prolonging small feeding volumes early in life

decreases the incidence of necrotizing enterocolitis in very low birth weight infants. Pediatrics. 2003; 111(3): 529–534. [PubMed: 12612232]

sss. Morgan J, Young L, McGuire W. Slow advancement of enteral feed volumes to prevent necrotising enterocolitis in very low birth weight infants. Cochrane database of systematic reviews. 2013; 3:CD001241. [PubMed: 23543511]

ttt. Rayyis SF, Ambalavanan N, Wright L, Carlo WA. Randomized trial of "slow" versus "fast" feed advancements on the incidence of necrotizing enterocolitis in very low birth weight infants. The Journal of pediatrics. 1999; 134(3):293–297. [PubMed: 10064664]

uuu. Caple J, Armentrout D, Huseby V, et al. Randomized, controlled trial of slow versus rapid feeding volume advancement in preterm infants. Pediatrics. 2004; 114(6):1597–1600. [PubMed: 15574620]

vvv. Salhotra A, Ramji S. Slow versus fast enteral feed advancement in very low birth weight infants: a randomized control trial. Indian pediatrics. 2004; 41(5):435–441. [PubMed: 15181294]

www. Krishnamurthy S, Gupta P, Debnath S, Gomber S. Slow versus rapid enteral feeding advancement in preterm newborn infants 1000–1499 g: a randomized controlled trial. Acta paediatrica. 2010; 99(1):42–46. [PubMed: 20002013]

xxx. Karagol BS, Zenciroglu A, Okumus N, Polin RA. Randomized controlled trial of slow vs rapid enteral feeding advancements on the clinical outcomes of preterm infants with birth weight 750– 1250 g. JPEN. Journal of parenteral and enteral nutrition. 2013; 37(2):223–228. [PubMed: 22664861]

yyy. Maas C, Mitt S, Full A, et al. A historic cohort study on accelerated advancement of enteral feeding volumes in very premature infants. Neonatology. 2013; 103(1):67–

73. [PubMed: 23095283]

zzz. Stephens BE, Walden RV, Gargus RA, et al. First-week protein and energy intakes are associated with 18-month developmental outcomes in extremely low birth weight infants. Pediatrics. 2009; 123(5):1337–1343. [PubMed: 19403500]

aaaa. Kuschel CA, Harding JE. Multicomponent fortified human milk for promoting growth in preterm infants. Cochrane database of systematic reviews. 2004; (1):CD000343. [PubMed: 14973953]

bbbb. Thoene M, Hanson C, Lyden E, Dugick L, Ruybal L, Anderson-Berry A. Comparison of the effect of two human milk fortifiers on clinical outcomes in premature infants. Nutrients. 2014; 6(1):261– 275. [PubMed: 24394538]

cccc. FAO/WHO. Report of a Joint FAO/WHO Working Group on Drafting Guidelines for the Evaluation of Probiotics in Food. London, Ontario, Canada: 2002. Guidelines for the Evaluation of Probiotics in Food.

dddd. Indian Council of Medical Research Task F, Co-ordinating Unit I, Co-ordinating Unit DBT. ICMR-DBT guidelines for evaluation of probiotics in food. The Indian journal of medical research. 2011; 134:22–25. [PubMed: 21808130]

eeee. Lin HC, Su BH, Chen AC, et al. Oral probiotics reduce the incidence and severity of necrotizing enterocolitis in very low birth weight infants. Pediatrics. 2005; 115(1):1–4. [PubMed: 15629973]

ffff. Dani C, Biadaioli R, Bertini G, Martelli E, Rubaltelli FF. Probiotics feeding in prevention of urinary tract infection, bacterial sepsis and necrotizing enterocolitis in preterm infants. A prospective double-blind study. Biology of the neonate. 2002; 82(2):103–108. [PubMed: 12169832]

gggg. Li D, Rosito G, Slagle T. Probiotics for the prevention of necrotizing enterocolitis

in neonates: an 8-year retrospective cohort study. Journal of clinical pharmacy and therapeutics. 2013

hhhh. Bin-Nun A, Bromiker R, Wilschanski M, et al. Oral probiotics prevent necrotizing enterocolitis in very low birth weight neonates. The Journal of pediatrics. 2005; 147(2):192–196. [PubMed: 16126048]

iiii. Alfaleh K, Anabrees J, Bassler D, Al-Kharfi T. Probiotics for prevention of necrotizing enterocolitis in preterm infants. Cochrane database of systematic reviews. 2011; (3):CD005496. [PubMed: 21412889]

jjjj. Wang Q, Dong J, Zhu Y. Probiotic supplement reduces risk of necrotizing enterocolitis and mortality in preterm very low-birth-weight infants: an updated meta-analysis of 20 randomized, controlled trials. Journal of pediatric surgery. 2012; 47(1):241–248. [PubMed: 22244424]

kkkk. Manzoni P, Mostert M, Leonessa ML, et al. Oral supplementation with Lactobacillus casei subspecies rhamnosus prevents enteric colonization by Candida species in preterm neonates: a randomized study. Clinical infectious diseases: an official publication of the Infectious Diseases Society of America. 2006; 42(12):1735–1742. [PubMed: 16705580]

llll. Braga TD, da Silva GA, de Lira PI, de Carvalho Lima M. Efficacy of Bifidobacterium breve and Lactobacillus casei oral supplementation on necrotizing enterocolitis in very-low-birth-weight preterm infants: a double-blind, randomized, controlled trial. The American journal of clinical nutrition. 2011; 93(1):81–86. [PubMed: 20980486]

mmmm. Alfaleh K, Bassler D. Probiotics for prevention of necrotizing enterocolitis in preterm infants. Cochrane database of systematic reviews. 2008; (1):CD005496. [PubMed: 18254081]

28

nnnn.     Deshpande G, Rao S, Patole S. Probiotics for prevention of necrotising enterocolitis in preterm neonates with very low birthweight: a systematic review of randomised controlled trials. Lancet. 2007; 369(9573):1614–1620. [PubMed: 17499603]

oooo.     Mally P, Golombek SG, Mishra R, et al. Association of necrotizing enterocolitis with elective packed red blood cell transfusions in stable, growing, premature neonates. American journal of perinatology. 2006; 23(8):451–458. [PubMed: 17009195]

pppp.     Mohamed A, Shah PS. Transfusion associated necrotizing enterocolitis: a meta-analysis of observational data. Pediatrics. 2012; 129(3):529–540. [PubMed: 22351894]

qqqq.     El-Dib M, Narang S, Lee E, Massaro AN, Aly H. Red blood cell transfusion, feeding and necrotizing enterocolitis in preterm infants. Journal of perinatology: official journal of the California Perinatal Association. 2011; 31(3):183–187. [PubMed: 21252964]

rrrr.     Kastenberg ZJ, Sylvester KG. The surgical management of necrotizing enterocolitis. Clinics in perinatology. 2013; 40(1):135–148. [PubMed: 23415269]

ssss.     Stringer MD, Brereton RJ, Drake DP, Kiely EM, Capps SN, Spitz L. Recurrent necrotizing enterocolitis. Journal of pediatric surgery. 1993; 28(8):979–981. [PubMed: 8229602]

tttt.     Thyoka M, Eaton S, Hall NJ, et al. Advanced necrotizing enterocolitis part 2: recurrence of necrotizing enterocolitis. European journal of pediatric surgery: official journal of Austrian Association of Pediatric Surgery ... [et al] = Zeitschrift fur Kinderchirurgie. 2012; 22(1):13–16.

uuuu.     Bohnhorst B, Muller S, Dordelmann M, Peter CS, Petersen C, Poets CF. Early feeding after necrotizing enterocolitis in preterm infants. The Journal of pediatrics. 2003; 143(4):484–487. Demonstrates that early reintroduction of feeding after an episode of

NEC does not increase the incidence of recurrent NEC. [PubMed: 14571225]

vvvv.    Grave GD, Nelson SA, Walker WA, et al. New therapies and preventive approaches for necrotizing enterocolitis: report of a research planning workshop. Pediatric research. 2007; 62(4): 510–514. [PubMed: 17667844]

wwww.    Leaphart CL, Cavallo J, Gribar SC, et al. A critical role for TLR4 in the pathogenesis of necrotizing enterocolitis by modulating intestinal injury and repair. Journal of immunology. 2007; 179(7):4808–4820.

xxxx.    Jilling T, Simon D, Lu J, et al. The roles of bacteria and TLR4 in rat and murine models of necrotizing enterocolitis. Journal of immunology. 2006; 177(5):3273–3282.

yyyy.    Stoll BJ, Nahmias AJ, Wickliffe C, Brann AW Jr, Dowell VR Jr, Whaley DN. Bacterial toxin and neonatal necrotizing enterocolitis. The Journal of pediatrics. 1980; 96(1):114–115. [PubMed: 7350290]

zzzz.    Nanthakumar N, Meng D, Goldstein AM, et al. The mechanism of excessive intestinal inflammation in necrotizing enterocolitis: an immature innate immune response. PloS one. 2011; 6(3):e17776. [PubMed: 21445298]

aaaaa.    Wolfs TG, Derikx JP, Hodin CM, et al. Localization of the lipopolysaccharide recognition complex in the human healthy and inflamed premature and adult gut. Inflammatory bowel diseases. 2010; 16(1):68–75. [PubMed: 20014022]

bbbbb.    Chan KL, Wong KF, Luk JM. Role of LPS/CD14/TLR4-mediated inflammation in necrotizing enterocolitis: pathogenesis and therapeutic implications. World journal of gastroenterology: WJG. 2009; 15(38):4745–4752. [PubMed: 19824106]

ccccc.    Richardson WM, Sodhi CP, Russo A, et al. Nucleotide-binding oligomerization domain-2 inhibits toll-like receptor-4 signaling in the intestinal epithelium. Gastroenterology. 2010; 139(3):904–917. 917 e901–906. [PubMed: 20580721]

ddddd.  Sodhi CP, Shi XH, Richardson WM, et al. Toll-like receptor-4 inhibits enterocyte proliferation via impaired beta-catenin signaling in necrotizing enterocolitis. Gastroenterology. 2010; 138(1): 185–196. [PubMed: 19786028]

eeeee.  Sodhi CP, Neal MD, Siggers R, et al. Intestinal epithelial Toll-like receptor 4 regulates goblet cell development and is required for necrotizing enterocolitis in mice. Gastroenterology. 2012; 143(3):708–718. e701–705. [PubMed: 22796522]

fffff.  Gribar SC, Sodhi CP, Richardson WM, et al. Reciprocal expression and signaling of TLR4 and TLR9 in the pathogenesis and treatment of necrotizing enterocolitis. Journal of immunology. 2009; 182(1):636–646.

ggggg.  Neal MD, Jia H, Eyer B, et al. Discovery and validation of a new class of small molecule Tolllike receptor 4 (TLR4) inhibitors. PloS one. 2013; 8(6):e65779. [PubMed: 23776545]

hhhhh.  Good M, Siggers RH, Sodhi CP, et al. Amniotic fluid inhibits Toll-like receptor 4 signaling in the fetal and neonatal intestinal epithelium. Proceedings of the National Academy of Sciences. 2012; 109(28):11330–11335.

iiiii.  Siggers J, Ostergaard MV, Siggers RH, et al. Postnatal amniotic fluid intake reduces gut inflammatory responses and necrotizing enterocolitis in preterm neonates. American journal of physiology. Gastrointestinal and liver physiology. 2013; 304(10):G864–875. [PubMed: 23518680]

jjjjj.  Jain SK, Baggerman EW, Mohankumar K, et al. Amniotic Fluid-borne Hepatocyte Growth Factor Protects Rat Pups against Experimental Necrotizing Enterocolitis. American journal of physiology. Gastrointestinal and liver physiology. 2014

39.     In another study published in 2014 it was reported: "An exclusive human milk diet, devoid of CM [Cow Milk] -containing products was associated with lower mortality and

morbidity in EP [Extremely Premature] infants without compromising growth and should be considered as an approach to nutritional care of these infants." Abrams, Steven, et al. *Greater Mortality and Morbidity in Extremely Preterm Infants Fed a Diet Containing Cow Milk Protein Products.* (Breastfeeding Medicine. 2014, Nov. 4, 9(6):281-286.)

40.    The recommendations and conclusions of the article were significantly scientifically supported with the following references:

a.  U.S. Department of Health and Human Services. The Surgeon General's Call to Action to Support Breastfeeding. Washington, DC: Office of the Surgeon General, U.S. Department of Health and Human Services, 2011.

b.  Section on Breastfeeding. Breastfeeding and the use of human milk. Pediatrics 2012;129:e827–e841.

c.  Schanler RJ. Evaluation of the evidence to support current recommendations to meet the needs of premature infants: The role of human milk. Am J Clin Nutr 2007;85:625S–628S.

d.  Sullivan S, Schanler RJ, Kim JH, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562–567.

e.  Cristofalo EA, Schanler RJ, Blanco CL. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. J Pediatr 2013;163:1592–1595.

f.  Blyth CR, Still HA. Binomial confidence intervals. J Am Stat Assoc 1983;78:108–116.

g.  Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc 1958;53:457–481.

h.  Greenwood M. The Natural Duration of Cancer. Reports on Public Health and Medical Subjects. Vol. 33. London: Her Majesty's Stationery Office, 1926:1–26.

i.  Wo´jkowska-Mach J, Ro´ _zan´ska A, Borszewska-Kornacka M, et al. Necrotising enterocolitis in preterm infants: Epidemiology and antibiotic consumption in the Polish neonatology network neonatal intensive care units in 2009. PLoS One 2014;9:e92865.

j.  Carter BM, Holditch-Davis D. Risk factors for necrotizing enterocolitis in preterm infants: How race, gender, and health status contribute. Adv Neonatal Care 2008;8:285–290.

k.  Guthrie SO, Gordon PV, Thomas V, et al. Necrotizing enterocolitis among neonates in the United States. J Perinatol 2003;23:278–285.

l.  Ozkan H, Cetinkaya M, Koksal N, et al. Culture-proven neonatal sepsis in preterm infants in a neonatal intensive care unit over a 7 year period: Coagulase-negative Staphylococcus as the predominant pathogen. Pediatr Int 2014;56: 60–66.

m.  Leal YA, Alvarez-Nemegyei J, Vela´zquez JR, et al. Risk factors and prognosis for neonatal sepsis in southeastern Mexico: Analysis of a four-year historic cohort follow-up. BMC Pregnancy Childbirth 2012;12:48.

n.  Troger B, Gopel W, Faust K, et al. Risk for late-onset blood-culture proven sepsis in very-low-birth weight infants born small for gestational age: A large multicenter study from the German Neonatal Network. Pediatr Infect Dis J 2014;33:238–243.

o.  Ganapathy V, Hay JW, Kim JH. Costs of necrotizing enterocolitis and cost-effectiveness of exclusively human milk-based products in feeding extremely premature infants. Breastfeed Med 2012;7:29–37.

p.  Ganapathy V, Hay JW, Kim JH, et al. Long term healthcare costs of infants who survived neonatal necrotizing enterocolitis: A retrospective longitudinal study among infants enrolled in Texas Medicaid. BMC Pediatr 2013;13:127.

q.  Johnson TJ, Patel AL, Bigger HR, et al. Economic benefits and costs of human milk feedings: A strategy to reduce the risk of prematurity-related morbidities in very-low-birthweight infants. Adv Nutr 2014;5:207–212.

41.  In another study published in 2016, it was reported: "Extremely premature infants who received an exclusive HUM diet had a significantly lower incidence of NEC and mortality. The HUM group also had a reduction in late-onset sepsis, BPD, and ROP.  This multicenter study further emphasizes the many benefits of an exclusive HUM diet and demonstrates multiple improved outcomes after implementation of such a feeding protocol." Hair, Amy, et al. *Beyond Necrotizing Enterocolitis Prevention:  Improving Outcomes with an Exclusive Human Milk-Based Diet.* (Breastfeeding Medicine.  2016, Nov 2., 11(2):70-75.)

42.  The article was significantly scientifically supported by the following references:

a.  Sharma R, Hudak ML. A clinical perspective of necrotizing enterocolitis: past, present, and future. Clin Perinatol 2013;40:27–51.

b.  Huda S, Chaudhery S, Ibrahim H, et al. Neonatal necrotizing enterocolitis: clinical challenges, pathophysiology and management. Pathophysiology 2014;21:3–12.

c.  Yee WH, Soraisham AS, Shah VS, et al. Incidence and timing of presentation of necrotizing enterocolitis in preterm infants. Pediatrics 2012;129:e298–304.

d.  American Academy of Pediatrics Section on Breastfeeding. Breastfeeding and the use of human milk. Pediatrics 2012; 129:e827–841.

e.  McGuire S. U.S. Dept. of Health and Human Services. The Surgeon General's Call to Action to Support Breastfeeding. U.S. Dept. of Health and Human Services, Office of the Surgeon General. 2011. Adv Nutr 2011;2:523–524.

f.  Hair AB, Hawthorne KM, Chetta KE, et al. Human milk feeding supports adequate growth in infants £1250 grams birth weight. BMC Res Notes 2013;6:459.

g.  Abrams SA, Schanler RJ, Lee ML, et al. Greater mortality and morbidity in extremely preterm infants fed a diet containing cow milk protein products. Breastfeed Med 2014;9:281–285.

h.  Arslanoglu S, Ziegler EE, Moro GE. Donor human milk in  preterm infant feeding: evidence and recommendations. J Perinat Med 2010;38:347–351.

i.  Cristofalo EA, Schanler RJ, Blanco CL, et al. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. J Pediatr 2013;163:1592–1595.

j.  Ghandehari H, Lee ML, Rechtman DJ. An exclusive human milk-based diet in extremely premature infants reduces the probability of remaining on total parenteral nutrition: a  reanalysis of the data. BMC Res Notes 2012;5:188.

k.  Herrmann K, Carroll K. An exclusively human milk diet reduces necrotizing enterocolitis. Breastfeed Med 2014;9: 184–190.

l.  Sullivan S, Schanler RJ, Kim JH, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562–567 e1.

m.  Fenton T. A new growth chart for preterm babies: Babson and Benda's chart updated with recent data and a new format. BMC Pediatr 2003;3(13).

n.  Bell MJ, Ternberg JL, Feigin RD, Keating JP, et al. Neonatal necrotizing enterocolitis. Therapeutic decisions based upon clinical staging. Ann Surg 1978;187:1–7.

o.  Papile LA, Burstein J, Burstein R, et al. Incidence and evolution of subependymal and intraventricular hemorrhage: a study of infants with birth weights less than 1,500 gm. J Pediatr 1978;92:529–534.

p.  Ganapathy V, Hay JW, Kim JH. Costs of necrotizing enterocolitis and cost-effectiveness of exclusively human milkbased products in feeding extremely premature infants. Breastfeed Med 2012;7:29–37.

43.     In another study published in 2017, it was reported: "In summary, HM has been acknowledged as the best source of nutrition for preterm infants and those at risk for NEC (8, 13, 16, 18, 26, 75, 76, 94-96). Two RCTs on preterm infants weighting between 500 and 1250 g at birth compared the effect of bovine milk-based preterm infant formula to MOM or DHM on the incidence of NEC (18, 76). Both trials found that an exclusive HM diet results in a lower incidence of NEC. A Cochrane systematic review that evaluated the effect of DHM or bovine milk-based formula on health outcomes for preterm infants also determined that formula significantly increases the risk of NEC (75)." Shulhan, Jocelyn, et al *Current Knowledge of Necrotizing Enterocolitis in Preterm Infants and the Impact of Different Types of Enteral Nutrition Products.* (ASN. ADV Nutr 2017; 8:8—0-91.)

44.     The article was significantly scientifically supported by citing:

a.  Thanh NX, Toye J, Savu A, Kumar M, Kaul P. Health service use and costs associated with low birth weight: a population level analysis. J Pediatr 2015;167:551–6.e1–3.

b.  Bartholomew S, Deb-Rinker P, Dzakpasu S, Gilbert NL, Nelson C, Liu S. Perinatal health indicators for Canada 2013 [Internet]. [cited 2016 Sep 26]. Available from: http://publications.gc.ca/site/eng/411563/ publication.html.

36

c. Hamilton BE, Martin JA, Osterman MJK, Curtin SC, Mathews TJ. Births: final data for 2014. Natl Vital Stat Rep 2015;64:1–64.

d. Blencowe H, Cousens S, Oestergaard MZ, Chou D, Moller A-B, Narwal R, Adler A, Vera Garcia C, Rohde S, Say L, et al. National, regional, and worldwide estimates of preterm birth rates in the year 2010 with time trends since 1990 for selected countries: a systematic analysis and implications. Lancet 2012;379:2162–72.

e. Institute of Medicine. Preterm birth: causes, consequences, and prevention. Washington (DC): National Academy of Sciences; 2007.

f. Yamakawa T, Itabashi K, Kusuda S. Mortality and morbidity risks vary with birth weight standard deviation score in growth restricted extremely preterm infants. Early Hum Dev 2016;92:7–11.

g. Verd S, Ginovart G, Gutierrez A, Botet F, Barbero AH, Porta R. Hospital outcomes of extremely low birth weight infants after introduction of donor milk to supplement mother's milk. Breastfeed Med 2015;10:150–5.

h. Chowning R, Radmacher P, Lewis S, Serke L, Pettit N, Adamkin DH. A retrospective analysis of the effect of human milk on prevention of necrotizing enterocolitis and postnatal growth. J Perinatol 2016;36:221–4.

i. Mizrahi A, Barlow O, BerdonW, BlancWA, SilvermanWA. Necrotizing enterocolitis in premature infants. J Pediatr 1965;66:697–705.

j. Yajamanyam PK, Rasiah SV, Ewer AK. Necrotizing enterocolitis: current perspectives. Res Rep Neonatol 2014;4:31–42.

k. Good M, Sodhi CP, Hackam DJ. Evidence-based feeding strategies before and after the development of necrotizing enterocolitis. Expert Rev Clin Immunol 2014;10:875–84.

37

l.  Gregory KE, DeForge CE, Natale KM, Phillips M, Van Marter LJ. Necrotizing enterocolitis in the premature infant. Adv Neonatal Care 2011; 11:155–64.

m.  Johnson TJ, Patel AL, Bigger HR, Engstrom JL, Meier PP. Cost savings of human milk as a strategy to reduce the incidence of necrotizing enterocolitis in very low birth weight infants. Neonatology 2015;107: 271–6.

n.  Ghoneim N, Bauchart-Thevret C, Oosterloo B, Stoll B, Kulkarni M, de Pipaon MS, Zamora IJ, Olutoye OO, Berg B, Wittke A, et al. Delayed initiation but not gradual advancement of enteral formula feeding reduces the incidence of necrotizing enterocolitis (NEC) in preterm pigs. PLoS ONE 2014;9:e106888.

o.  Sho S, Neal MD, Sperry J, Hackam DJ. A novel scoring system to predict the development of necrotizing enterocolitis totalis in premature infants. J Pediatr Surg 2014;49:1053–6.

p.  Ganapathy V, Hay JW, Kim JH. Costs of necrotizing enterocolitis and cost-effectiveness of exclusively human milk-based products in feeding extremely premature infants. Breastfeed Med 2012;7:29–37.

q.  Ganapathy V, Hay JW, Kim JH, Lee ML, Rechtman DJ. Long term healthcare costs of infants who survived neonatal necrotizing enterocolitis: a retrospective longitudinal study among infants enrolled in Texas Medicaid. BMC Pediatrics 2013;13:127.

r.  Sullivan S, Schanler RJ, KimJH, Patel AL, Trawöger R, Kiechl-Kohlendorfer U, Chan GM, Blanco CL, Abrams S, Cotten CM, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562–7.e1.

s.  Downard CD, Renaud E, St. Peter SD, Abdullah F, Islam S, Saito JM, Blakely ML, Huang EY, Arca MJ, Cassidy L, et al. Treatment of necrotizing enterocolitis: an

American Pediatric Surgical Association Outcomes and Clinical Trials Committee systematic review. J Pediatr Surg 2012;47:2111–22.

t.  Sharma R, Hudak ML. A clinical perspective of necrotizing enterocolitis: past, present, and future. Clin Perinatol 2013;40:27–51.

u.  Markel TA, Engelstad H, Poindexter BB. Predicting disease severity of necrotizing enterocolitis: how to identify infants for future novel therapies. J Clin Neonatol 2014;3:1–9.

v.  Ostlie DJ, Spilde TL, St Peter SD, Sexton N, Miller KA, Sharp RJ, Gittes GK, Snyder CL. Necrotizing enterocolitis in full-term infants. J Pediatr Surg 2003;38:1039–42.

w.  Fitzgibbons SC, Ching Y, Yu D, Carpenter J, Kenny M,Weldon C, Lillehei C, Valim C, Horbar JD, Jaksic T. Mortality of necrotizing enterocolitis expressed by birth weight categories. J Pediatr Surg 2009;44:1072–5.

x.  Sinha SK, Gupta S, Donn SM. Immediate respiratory management of the preterm infant. Semin Fetal Neonatal Med 2008;13:24–9.

y.  Capozzi G, Santoro G. Patent ductus arteriosus: patho-physiology, hemodynamic effects and clinical complications. J Matern Fetal Neonatal Med 2011;24 Suppl 1:15–6.

z.  Siggers RH, Siggers J, Thymann T, Boye M, Sangild PT. Nutritional modulation of the gut microbiota and immune system in preterm neonates susceptible to necrotizing enterocolitis. J Nutr Biochem 2011;22: 511–21.

aa. Neu J. Gastrointestinal development and meeting the nutritional needs of premature infants. Am J Clin Nutr 2007;85:629S–34S.

bb. Barcellini W, Imperiali FG, Zaninoni A, Reda G, Consonni D, Fattizzo B, Lonati S, Nobili L, Zanella A, Cortelezzi A. Toll-like receptor 4 and 9 expression in B-chronic

lymphocytic leukemia: relationship with infections, autoimmunity and disease progression. Leuk Lymphoma 2014; 55:1768–73.

cc. Neu J, Walker WA. Necrotizing enterocolitis. N Engl J Med 2011;364: 255–64.

dd. Ward JB, Keely SJ, Keely SJ. Oxygen in the regulation of intestinal epithelial transport. J Physiol 2014;592:2473–89.

ee. Hammers AL, Sanchez-Ramos L, Kaunitz AM. Antenatal exposure to indomethacin increases the risk of severe intraventricular hemorrhage, necrotizing enterocolitis, and periventricular leukomalacia: a systematic review with meta-analysis. Am J Obstet Gynecol 2015;212:505.e1–13.

ff. Tappenden KA. Provision of phosphorylatable substrate during hypoxia decreases jejunal barrier function. Nutrition 2002;18:168–72.

gg. Neu J. Preterm infant nutrition, gut bacteria, and necrotizing enterocolitis. Curr Opin Clin Nutr Metab Care 2015;18:285–8.

hh. Neu J, Douglas-Escobar M, Lopez M. Microbes and the developing gastrointestinal tract. Nutr Clin Pract 2007;22:174–82.

ii. Rezaie A, Pimentel M, Rao SS. How to test and treat small intestinal bacterial overgrowth: an evidence-based approach. Curr Gastroenterol Rep 2016;18:8.

jj. Freedberg DE, Lebwohl B, Abrams JA. The impact of proton pump inhibitors on the human gastrointestinal microbiome. Clin Lab Med 2014;34:771–85.

kk. Lin PW, Stoll BJ. Necrotising enterocolitis. Lancet 2006;368:1271–83.

ll. Sankaran K, Puckett B, Lee DSC, Seshia M, Boulton J, Qiu Z, Lee SK. Variations in incidence of necrotizing enterocolitis in Canadian neonatal intensive care units. J Pediatr Gastroenterol Nutr 2004;39:366–72.

mm. Stey A, Barnert ES, Tseng C-H, Keeler E, Needleman J, Leng M, Kelley- Quon LI, Shew SB. Outcomes and costs of surgical treatments of necrotizing enterocolitis. Pediatrics 2015;135:e1190–7.

nn. Soraisham AS, Amin HJ, Al-Hindi MY, Singhal N, Sauve RS. Does necrotizing enterocolitis impact the neurodevelopmental and growth outcomes in preterm infants with birthweight #1250 g? J Paediatr Child Health 2006;42:499–504.

oo. Merhar SL, Ramos Y, Meinzen-Derr J, Kline-Fath BM. Brain magnetic resonance imaging in infants with surgical necrotizing enterocolitis or spontaneous intestinal perforation versus medical necrotizing enterocolitis. J Pediatr 2014;164:410–2.e1.

pp. Rees CM, Pierro A, Eaton S. Neurodevelopmental outcomes of neonates with medically and surgically treated necrotizing enterocolitis. Arch Dis Child Fetal Neonatal Ed 2007;92:F193–8.

qq. Prolacta Bioscience. Prolact+ H2MF_ human milk-based liquid human milk fortifier [Internet]. [cited 2016 Feb 1]. Available from: http: //www.prolacta.com/human-milk-fortifier-1.

rr. drugstore.com. Enfamil human milk fortifier, powder, 71g foil sachets [Internet]. [cited 2016 Apr 5]. Available from: http://www.drugstore. com/enfamil-human-milk-fortifier-powder-71g-foil-sachets/qxp308429.

ss. Assad M, Elliott MJ, Abraham JH. Decreased cost and improved feeding tolerance in VLBWinfants fed an exclusive human milk diet. J Perinatol 2016;36:216–20.

tt. Lin PW, Nasr TR, Stoll BJ. Necrotizing enterocolitis: recent scientific advances in pathophysiology and prevention. Semin Perinatol 2008; 32:70–82.

41

uu. Fallon EM, Nehra D, Potemkin AK, Gura KM, Simpser E, Compher C, Puder M. A.S.P.E. N. clinical guidelines: nutrition support of neonatal patients at risk for necrotizing enterocolitis. JPEN J Parenter Enteral Nutr 2012;36:506–23.

vv. Robinson DT, Shah S, Murthy K. Parenteral nutrition use and associated outcomes in a select cohort of low birth weight neonates. Am J Perinatol 2014;31:933–8.

ww. Blackmer A, Luisa PM. Three-in-one parenteral nutrition in neonates and pediatric patients: risks and benefits. Nutr Clin Pract 2015;30:337–43.

xx. Senterre T. Practice of enteral nutrition in very low birth weight and extremely low birth weight infants. In: Koletzko B, Poindexter B, Uauy R, editors. Nutritional care of preterm infants scientific basis and practical guidelines. Basel (Switzerland): Karger; 2014. p. 201–14.

yy. Morgan J, Bombell S, McGuire W. Early trophic feeding versus enteral fasting for very preterm or very low birth weight infants. Cochrane Database Syst Rev 2013;3: CD000504.

zz. Shah P, Nathan E, Doherty D, Patole S. Optimising enteral nutrition in growth restricted extremely preterm neonates—a difficult proposition. J Matern Fetal Neonatal Med 2015;28:1981–4.

aaa. Kim JH, Chan G, Schanler R, Groh-Wargo S, Bloom B, Dimmit R, Williams L, Baggs G, Barrett-Reis B. Growth and tolerance of preterm infants fed a new extensively hydrolyzed liquid human milk fortifier. J Pediatr Gastroenterol Nutr 2015;61:665–71.

bbb. Adamkin DH, Radmacher PG. Fortification of human milk in very low birth weight infants (VLBW<1500 g birth weight). Clin Perinatol 2014; 41:405–21.

ccc. Prince A, Groh-Wargo S. Nutrition management for the promotion of growth in very low birth weight premature infants. Nutr Clin Pract 2013;28:659–68.

ddd. Mead Johnson Nutritionals. Estimated nutrient content of preterm human milk and Enfamil human milk fortifier [Internet]. [cited 2016 Apr 25]. Available from: https://www.meadjohnson.com/pediatrics/us-en/productinformation/products/premature/enfamil-human-milk-fortifierpowder#nutrients-sup-sup.

eee. Fenton TR, Kim JH. A systematic review and meta-analysis to revise the Fenton growth chart for preterm infants. BMC Pediatr 2013;13:59.

fff. Noel-Weiss J, Courant G, Woodend AK. Physiological weight loss in the breastfed neonate: a systematic review. Open Med 2008;2:e99–110.

ggg. Armand M, Hamosh M, Mehta NR, Angelus PA, Philpott JR, Henderson TR, Dwyer NK, Lairon D, Hamosh P. Effect of human milk or formula on gastric function and fat digestion in the premature infant. Pediatr Res 1996;40:429–37.

hhh. Butte NF, Lopez-Alarcon MG, Garza C. Nutrient adequacy of exclusive breastfeeding for the term infant during the first six months of life. Geneva (Switzerland): WHO; 2002.

iii. Infant Feeding Joing Working Group. Nutrition for healthy term infants: recommendations from birth to six months [Internet]. [cited 2016 Apr 25]. Available from: http://www.hc-sc.gc.ca/fn-an/nutrition/infant-nourisson/recom/index-eng.php#a4.

jjj. Andreas NJ, Kampmann B, Le-Doare KM. Human breast milk: a review on its composition and bioactivity. Early Hum Dev 2015;91:629–35.

kkk. Ballard O, Morrow AL. Human milk composition: nutrients and bioactive factors. Pediatr Clin North Am 2013;60:49–74.

lll.  McInnes RJ, Shepherd AJ, Cheyne H, Niven C. Infant feeding in the neonatal unit. Matern Child Nutr 2010;6:306–17.

mmm.  Caplan MS, Amer M, Jilling T. The role of human milk in necrotizing enterocolitis. Adv Exp Med Biol 2002;503:83–90.

nnn.  WHO. Donor human milk for low-birth-weight infants [Internet]. [cited 2016 Apr 4]. Available from: http://www.who.int/elena/titles/ donormilk_infants/en.

ooo.  Gidrewicz DA, Fenton TR. A systematic review and meta-analysis of the nutrient content of preterm and term breast milk. BMC Pediatr 2014;14:216.

ppp.  Meier PP. Breastfeeding in the special care nursery. Pediatr Clin North Am 2001;48:425–42.

qqq.  Groh-Wargo S, Sapsford A. Enteral nutrition support of the preterm infant in the neonatal intensive care unit. Nutr Clin Pract 2009;24: 363–76.

rrr.  Human Milk Banking Association of North America. Donor human milk processing [Internet]. [cited 2016 Feb 3]. Available from: https: //www.hmbana.org/milk-processing.

sss.  Aceti A, Corvaglia L, Faldella G. Human milk banks: lights and shadows. JNIM 2014;3: e030225.

ttt.  Stoltz Sjöström E, Ohlund I, Tornevi A, Domellof M. Intake and macronutrient content of human milk given to extremely preterm infants. J Hum Lact 2014;30:442–9.

uuu.  de Halleux V, Rigo J. Variability in human milk composition: benefit of individualized fortification in very-low-birth-weight infants. Am J Clin Nutr 2013;98:529S–35S.

vvv.  Underwood MA. Human milk for the premature infant. Pediatr Clin North Am 2013;60:189–207.

www.    Quigley M, McGuire W. Formula versus donor breast milk for feeding preterm or low birth weight infants. Cochrane Database Syst Rev 2014; 4:CD002971.

xxx.    Cristofalo EA, Schanler RJ, Blanco CL, Sullivan S, Trawoeger R, Kiechl-Kohlendorfer U, Dudell G, Rechtman DJ, Lee ML, Lucas A, et al. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. J Pediatr 2013;163:1592–5.e1.

yyy.    Di Lorenzo M, Bass J, Krantis A. An intraluminal model of necrotizing enterocolitis in the developing neonatal piglet. J Pediatr Surg 1995;30: 1138–42.

zzz.    Thymann T, Støy CAF, Bering SB, Mølbak L, Sangild PT. Casein addition to a whey-based formula has limited effects on gut function in preterm pigs. J Anim Sci 2012;90(Suppl 4):378–80.

aaaa.   Timby N, Hernell O, Vaarala O, Melin M, Lönnerdal B, Domellöf M.Infections in infants fed formula supplemented with bovine milk fat globule membranes. J Pediatr Gastroenterol Nutr 2015;60:384–9.

bbbb.   International Society for the Study of Fatty Acids and Lipids. ISSFAL statement on dietary fats in infant nutrition [Internet]. [cited 2016 Sep 26]. Available from: http://www.issfal.org/statements/ pufa-recommendations/statement-2.

cccc.   Innis S. Lipids for neonates. In: Polin R, Fox WW, editors. Fetal and neonatal physiology. 2nd ed. Amsterdam (Netherlands): Elsevier; 2012, p. 190.

dddd.   Perrella SL, Hepworth AR, Simmer KN, Geddes DT. Influences of breast milk composition on gastric emptying in preterm infants. J Pediatr Gastroenterol Nutr 2015;60:264–71.

eeee.   Granot E, Ishay-Gigi K, Malaach L, Flidel-Rimon O. Is there a difference in breast milk fatty acid composition of mothers of preterm and term infants? J Matern Fetal Neonatal Med 2016;29:832–5.

ffff.   Picaud JC, Rigo J, Normand S, Lapillonne A, Reygrobellet B, Claris O, Salle BL. Nutritional efficacy of preterm formula with a partially hydrolyzed protein source: a randomized pilot study. J Pediatr Gastroenterol Nutr 2001;32:555–61.

gggg.   Penn AH, Altshuler AE, Small JW, Taylor SF, Dobkins KR, Schmid- Schonbein GW. Digested formula but not digested fresh human milk causes death of intestinal cells in vitro: implications for necrotizing enterocolitis. Pediatr Res 2012;72:560–7.

hhhh.   Hua Z, Turner JM, Mager DR, Sigalet DL, Wizzard PR, Nation PN, Ball RO, Pencharz PB, Wales PW. Effects of polymeric formula vs elemental formula in neonatal piglets with short bowel syndrome. JPEN J Parenter Enteral Nutr 2014;38:498–506.

iiii.   Connor EE, Evock-Clover CM,Wall EH, Baldwin RL, Santin-Duran M, Elsasser TH, Bravo DM. Glucagon-like peptide 2 and its beneficial effects on gut function and health in production animals. Domest Anim Endocrinol 2016;56(Suppl):S56–65.

jjjj.   Stoll B, Price P, Reeds P, Chang X, Henry J, van Goudoever J, Holst J, Burrin D. Feeding an elemental diet vs a milk-based formula does not decrease intestinal mucosal growth in infant pigs. JPEN J Parenter Enteral Nutr 2006;30:32–9.

kkkk.   Ghandehari H, Lee ML, Rechtman DJ. An exclusive human milk-based diet in extremely premature infants reduces the probability of remaining on total parenteral nutrition: a reanalysis of the data. BMC Res Notes 2012;5:188.

llll.   Suresh K. An overview of randomization techniques: an unbiased assessment of outcome in clinical research. J Hum Reprod Sci 2011;4:8–11.

mmmm. Gross SJ. Growth and biochemical response of preterm infants fed human milk or modified infant formula. N Engl J Med 1983;308: 237–41.

nnnn.   Lucas A, Gore S, Cole T, Bamford M, Dossetor J, Barr I, Dicarlo L, Cork S, Lucas P. Multicentre trial on feeding low birthweight infants: effects of diet on early growth. Arch Dis Child 1984;59:722–30.

oooo.   Tyson JE, Lasky R, Mize C, Richards C, Blair-Smith N, Whyte R, Beer A. Growth, metabolic response, and development in very-low-birthweight infants fed banked human milk or enriched formula. I. Neonatal findings. J Pediatr 1983;103:95–104.

pppp.   Herrmann K, Carroll K. An exclusively human milk diet reduces necrotizing enterocolitis. Breastfeed Med 2014;9:184–90.

qqqq.   Lucas A, Cole TJ. Breast milk and neonatal necrotising enterocolitis. Lancet 1990;336:1519–23.

rrrr.   Sisk PM, Lovelady CA, Dillard RG, Gruber KJ, O'Shea TM. Early human milk feeding is associated with a lower risk of necrotizing enterocolitis in very low birth weight infants. J Perinatol 2007;27:428–33.

45.    Because the Abbott Similac products are specially designed as food for vulnerable premature infants and contains no warning that it causes death or N.E.C., it is viewed as safe by physicians and parents of premature infants.

46.    The studies show the Abbott Similac products should not be sold for use in extremely premature infants, yet Abbott continued to market and sell its product knowing it would be used on infants like A.G. and knowing its product would significantly increase the risk of N.E.C. and death in extremely premature infants like A.G.

47.    Abbott knew or should have known that its product would be used in the way it was used by this baby.

48.     The way in which the Abbott product was fed to the baby was extremely dangerous and caused an unreasonably high risk that the baby would develop N.E.C. and die, yet Abbott provided no detailed instructions or warnings to prevent or alter the way this product was used.

49.     Despite learning that its product was linked to N.E.C. and death, Abbott failed to properly collect data from doctors and hospitals in order to develop evidence based strategies, instructions, and warnings to reduce or prevent its product from causing N.E.C. and death.

50.     Despite knowing its product was leading to N.E.C. and death, Abbott took no steps to determine how or why its product was causing N.E.C. or death.

51.     The defendant, Abbott Laboratories, Inc. had learned that its cow based product was causing N.E.C. and death in premature infants, yet the defendants did nothing to change its product, packaging, guidelines, instructions and warnings.

52.     Despite knowing that its cow-based product was causing N.E.C. and death in premature infants, the defendant, Abbott Laboratories, Inc. did not conduct any testing, data analysis, or research to determine when its product should not be used or when and how its product was safe for use.

53.     Despite knowing that its product was causing N.E.C. and death in premature infants, the defendant, Abbott Laboratories, Inc. did not contact the FDA to inform them its product was linked to causing N.E.C. and death.

54.     The mother, Ashia George, saw the Similac product containers and was aware that formula was being fed to her daughter.

55.     The mother was never told that the formula could cause her baby to develop N.E.C. and death.

56.     The mother was never told that the formula could cause her baby to die.

57.     The mother was never told of the studies showing cow-based formula was extremely

48

dangerous to her baby.

58.     The mother was never told of the studies showing human donor milk was safer for her baby.

59.     Despite knowing that its cow-based product was causing N.E.C. and death in premature infants, Abbott Laboratories, Inc. did not recommend to the FDA, hospitals, NICUs or physicians that they should discuss the risks of N.E.C. or death with the parents.

60.     The mother believed the formula products would help her baby, not harm her baby.

61.     Despite knowing that its product was causing N.E.C. and death in premature infants, the defendant, Abbott Laboratories, Inc. did not contact the FDA, NICUs, hospitals, and physicians to inform them its cow-based product was linked to causing N.E.C. and death.

62.     Thus, Plaintiffs bring this action pursuant to the Wrongful death and Survival statutes of the District of Columbia and the common law.

### COUNT I
### Wrongful Death

63.     Plaintiffs incorporate all preceding paragraphs as if restated herein.

64.     As a result of the acts and omissions described above, Plaintiffs claim Defendant was negligent as follows:

    I.   Failure to Warn and/or Instruct

        a.  The defendant knew or should have known that its cow-based premature infant formula product would be used, as it was, on extremely premature infants like A.G., yet it failed to properly warn hospitals, NICUs, doctors, parents and/or consumers that its cow-based product significantly increases the risk of N.E.C. and death in these babies; and/or

        b.  Was unsafe and/or contra-indicated for extremely premature infants like A.G.; and/or

c.  Failed to provide proper instructions or guidelines or studies, or data on when and how to feed its product to premature infants in order to decrease the risk of N.E.C. and/or death; and/or

d.  Failed to insert a warning or instruction that parents needed to be provided an informed choice between the safety of human milk versus the dangers of the defendant's cow-based product; and/or

e.  Failed to provide instructions that parents needed to know that the defendant's product carried a significant risk that its cow-based product could cause their baby to develop N.E.C. and die; and/or

f.  The warnings and instructions are severely inadequate, vague, confusing, and provide a false sense of security in that they warn and instruct specifically on certain conditions, but do not warn on cow-based formula significantly involving the risk of N.E.C. and death or providing any details on how to avoid such harm; and/or

g.  Failed to have a large and prominent "black box" type warning that its cow-based product is known to significantly increase the risk of N.E.C. and death when compared to Human Milk in premature infants; and/or

h.  Failed to provide well researched and well-established studies that linked its cow-based product to N.E.C. and death in premature infants; and/or

i.  Failed to cite to or utilize current up to date medical data on the proper and safe use of its product.

j.  Failed to require Hospitals to warn parents of the risk of N.E.C. and death before allowing their product to be fed to premature babies.

     k.  Failed to require Hospitals to obtain a thorough and adequate informed consent before allowing their product to be fed to premature babies.

65.     Plaintiff asserts the doctrines of *res ipsa loquitur* and *respondeat superior.*

66.     As a direct and proximate result of the negligence of Defendant, its agents, servants and employees, the Estate of the decedent and her surviving beneficiaries have suffered the following losses including but not limited to, loss of financial support, gifts, guidance, and contributions; loss of the decedent services; medical and funeral expenses; and other financial or pecuniary losses.

67.     As a direct and proximate result of the negligence of the Defendants, their agents, servants and employees, A.G. suffered serious and permanent injury, i.e. death.

68.     Upon information and belief, as a direct and proximate result of the negligence of Defendants, their agents, servants and employees, Decedent and her Estate were caused to incur substantial medical/hospital and funeral expenses, and the Estate was deprived of monies that the decedent could have accumulated over the course of her normally expected lifetime.

### Count II
### Survival Action

69.     Plaintiffs incorporate all preceding paragraphs as if restated herein.

70.     Plaintiffs asserts the doctrines of *res ipsa loquitur* and *respondeat superior.*

71.     As a result, Plaintiffs claim Defendant was negligent as follows:

Failure to Warn and/or Instruct

     a.  The defendant knew or should have known that its cow-based premature infant formula product would be used, as it was, on extremely premature infants like Ada Gonzalez, yet it failed to properly warn hospitals, NICUs, doctors, parents and/or consumers that its cow-based product significantly increases the risk of N.E.C. and death in these babies; and/or

     b.  Was unsafe and/or contra-indicated for extremely premature infants like Ada

51

Gonzalez; and/or

c.  Failed to provide proper instructions or guidelines or studies, or data on when and how to feed its product to premature infants in order to decrease the risk of N.E.C. and/or death; and/or

d.  Failed to insert a warning or instruction that parents needed to be provided an informed choice between the safety of human milk versus the dangers of the defendant's cow based product; and/or

e.  Failed to provide instructions that parents needed to know that the defendant's product carried a significant risk that its cow-based product could cause their baby to develop N.E.C. and die; and/or

f.  The warnings and instructions are severely inadequate, vague, confusing, and provide a false sense of security in that they warn and instruct specifically on certain conditions, but do not warn on cow-based formula significantly involving the risk of N.E.C. and death or providing any details on how to avoid such harm; and/or

g.  Failed to have a large and prominent "black box" type warning that its cow-based product is known to significantly increase the risk of N.E.C. and death when compared to Human Milk in premature infants; and/or

h.  Failed to provide well researched and well-established studies that linked its cow-based product to N.E.C. and death in premature infants; and/or

i.  Failed to cite to or utilize current up to date medical data on the proper and safe use of its product; and/or

j.  Failed to require Hospitals to warn parents of the risk of N.E.C. and death before allowing their product to be fed to premature babies.

     k.   Failed to require Hospitals to obtain a thorough and adequate informed consent before allowing their product to be fed to premature babies.

72.     As a direct and proximate cause of the aforementioned negligence of the Defendants, their agents, servants, and employees, A.G. died on August 2, 2017.

73.     Upon information and belief, as a direct and proximate result of the negligence of the Defendants, their agents, servants and employees, the decedent experienced severe physical and mental injuries, disabilities, disfigurement, pain, mental anguish, suffering, embarrassment, humiliation, loss of dignity, and death.

## Count III
## Negligence

74.     Plaintiffs incorporate all preceding paragraphs as if restated herein.

75.     As a result, Plaintiffs claim Defendant was negligent as follows:

     a.   The defendant knew or should have known that its cow-based premature infant formula product would be used, as it was, on extremely premature infants like Ada Gonzalez, yet it failed to properly warn hospitals, NICUs, doctors, parents and/or consumers that its cow-based product significantly increases the risk of N.E.C. and death in these babies; and/or

     b.   Was unsafe and/or contra-indicated for extremely premature infants like Ada Gonzalez; and/or

     c.   Failed to provide proper instructions or guidelines or studies, or data on when and how to feed its product to premature infants in order to decrease the risk of N.E.C. and/or death; and/or

     d.   Failed to insert a warning or instruction that parents needed to be provided an informed choice between the safety of human milk versus the dangers of the defendant's cow based product; and/or

e.   Failed to provide instructions that parents needed to know that the defendant's product carried a significant risk that its cow-based product could cause their baby to develop N.E.C. and die; and/or

f.   The warnings and instructions are severely inadequate, vague, confusing, and provide a false sense of security in that they warn and instruct specifically on certain conditions, but do not warn on cow-based formula significantly involving the risk of N.E.C. and death or providing any details on how to avoid such harm; and/or

g.   Failed to have a large and prominent "black box" type warning that its cow-based product is known to significantly increase the risk of N.E.C. and death when compared to Human Milk in premature infants; and/or

h.   Failed to provide well researched and well-established studies that linked its cow-based product to N.E.C. and death in premature infants; and/or

i.   Failed to cite to or utilize current up to date medical data on the proper and safe use of its product.

j.   Failed to require Hospitals to warn parents of the risk of N.E.C. and death before allowing their product to be fed to premature babies.

k.   Failed to require Hospitals to obtain a thorough and adequate informed consent before allowing their product to be fed to premature babies.

76.   Upon information and belief, as a direct and proximate result of the negligence of Defendants, their agents, servants and employees, Plaintiffs were caused to incur substantial medical/hospital and funeral expenses, and were deprived of monies that the decedent could have accumulated over the course of her normally expected lifetime, were deprived of having their daughter and sister in their lives, and were otherwise injured..

## COUNT IV
### Strict Liability

77.    Plaintiffs incorporate all preceding paragraphs as if restated herein.

78.    Defendant is Strictly Liable for a Defective Product to the Plaintiffs as follows:

   a.  Despite knowing that its product would be used on extremely premature infants, like A.G., and despite knowing (or should have known) that such use was unreasonably dangerous to extremely premature infants in that its cow based product was significantly increasing the risk of N.E.C. and death, the defendant continued to sell and market its defective product to extremely premature infants; and/or

   b.  Over the last several years, scientific data and well researched studies have concluded that the cow based product of the defendant carried unreasonable risks of N.E.C. and death, which far outweighed the product's benefits, yet the defendant continued to market and sell its defective product for extremely premature infants like A.G.; and/or

   c.  Failed to develop a human-based milk product which was safer for extremely premature infants.

   d.  Failed to require Hospitals to warn parents of the risk of N.E.C. and death before allowing their product to be fed to premature babies.

   e.  Failed to require Hospitals to obtain a thorough and adequate informed consent before allowing their product to be fed to premature babies

79.    Upon information and belief, as a direct and proximate result of the conduct of Defendant, its agents, servants and employees, Plaintiffs were caused to incur substantial medical/hospital and funeral expenses, and the Plaintiffs were deprived of monies that the decedent could have accumulated over the course

of her normally expected lifetime, as well as the life of their daughter and sister, and otherwise injured and suffered damages.

## Count V
## Negligence

80.   Plaintiffs incorporate all preceding paragraphs as if restated herein.

81.   Despite knowing that its product was significantly increasing the risk of N.E.C. in premature infants, the defendant was careless and negligent in one or more of the following ways:

a.   Failing to collect data to determine if its product was safe for premature infants; and/or

b.   Failing to collect data to determine when and how its product could be used safely; and/or

c.   Failing to utilize the significant peer reviewed research to develop instructions and/or warnings on how and when its product should be used in order to protect babies from N.E.C. and death; and/or

d.   Failing to develop evidence-based guidelines or instructions to decrease the risk of its product causing N.E.C. and death; and/or

e.   Failing to provide evidence-based guidelines or instructions to decrease the risk of its product causing N.E.C. and death; and/or

f.   Failing to stop or deter its product from being fed to extremely premature infants like A.G.; and/or

g.   Failing to provide evidence based instructions or guidance on when or how an extremely premature infant should be transitioned to the defendant's product; and/or

h.   Failed to continuously and vigorously study its cow-based product in order to

avoid N.E.C. and death in premature infants; and/or

    i.    Failing to send out letters with warnings to hospitals, NICUs and doctors that its product was significantly increasing the risk of N.E.C. and death in premature infants; and/or

    j.    Failing to send out letters with instructions to hospitals, NICUs and doctors on when and how its product should be used to avoid N.E.C. and death; and/or

    k.    Failing to market and/or sell its product in a way which would protect the premature infants from N.E.C. and death; and/or

    l.    Failed to provide proper training or information to health care providers for safe use of its product; and/or

    m.    Failed to take reasonable precautions to prevent premature infants from developing N.E.C. or dying; and/or

    n.    Failed to develop a human based premature infant formula; and/or

    o.    Failed to properly or promptly notify the FDA that its cow-based product was significantly increasing N.E.C. and death in premature infants.

82.    Upon information and belief, as a direct and proximate result of the conduct of Defendant, its agents, servants and employees, Decedent and her Estate were caused to incur substantial medical/hospital and funeral expenses, and the Plaintiffs were deprived of monies that the decedent could have accumulated over the course of her normally expected lifetime, as well as the life of their daughter and sister, and otherwise injured and suffered damages.

## COUNT VI
### Misrepresentation

83.    Plaintiffs incorporate all preceding paragraphs as if restated herein.

84.    The defendant misrepresented that its cow-based product was safe and beneficial for premature infants when it knew or should have known that its product was unreasonably dangerous

and causing N.E.C. and death in premature infants.

85.     Upon information and belief, as a direct and proximate result of the conduct of Defendant, its agents, servants and employees, Decedent and her Estate were caused to incur substantial medical/hospital and funeral expenses, and the Plaintiffs were deprived of monies that the decedent could have accumulated over the course of her normally expected lifetime, as well as the life of their daughter and sister, and otherwise injured and suffered damages.

## COUNT VII
### Breach of Warranty

86.     Plaintiff incorporates all preceding paragraphs as if restated herein.

87.     The defendant expressly or impliedly breached its warranty that its product was safe to be fed to premature infants, when, in fact, it was extremely dangerous.

88.     Upon information and belief, as a direct and proximate result of the conduct of Defendant, its agents, servants and employees, Decedent and her Estate were caused to incur substantial medical/hospital and funeral expenses, and the Plaintiffs were deprived of monies that the decedent could have accumulated over the course of her normally expected lifetime, as well as the life of their daughter and sister, and otherwise injured and suffered damages.

## COUNT VIII
### Punitive Damages

89.     Plaintiff incorporates all preceding paragraphs as if restated herein.

90.     The defendant was reckless and disregarded human life in that it continued to market and sell its cow-based product to premature infants for the purpose of economic gain when it knew or should have known its product was causing death and N.E.C. in these babies as follows:

  a.  Intentionally ignored or avoided the more recent scientific data and studies concluding that its product was causing N.E.C. and death so that it could continue to profit from the sale of its product; and/or

  b.  Intentionally failed to take protective measures it knew would save premature

58

infants from developing N.E.C. and/or dying; and/or

c.  Intentionally allowed NICUs, hospitals, and doctors to utilize different feeding strategies instead of developing an evidence based nationwide safety plan to prevent its product from causing N.E.C. and death in premature infants; and/or

d.  Continued to claim its product was beneficial to the growth of extremely premature infants when it knew its cow-based product was unnecessarily causing N.E.C. and death in these babies; and/or

e.  Deliberately withheld important data to the FDA that its product was causing N.E.C. and death in premature infants; and/or

f.  Failed to promote human based milk and instead continued to promote its dangerous cow-based product for premature infants because it did not have a human based product it could sell.

91.     Upon information and belief, as a direct and proximate result of the conduct of Defendant, its agents, servants and employees, Plaintiffs were caused to incur substantial medical/hospital and funeral expenses, and the Plaintiffs were deprived of monies that the decedent could have accumulated over the course of her normally expected lifetime, as well as the life of their daughter and sister, and otherwise injured and suffered damages.

## COUNT IX
### Negligent Infliction of Emotional Distress

92.     Plaintiffs incorporate all preceding paragraphs as if restated herein.

93.     As a result of the aforementioned negligence of the Defendants, Plaintiffs have suffered immeasurable grief, sorrow and emotional distress as a result of the loss of their child.

94.     Plaintiffs Ashia George and Elaje Gonzalez were caused to witness the distress and agony of their child A.G., and suffered severe trauma and anguish as a result thereof.

95.    Both Plaintiff Aisha George and Elija Gonzalez each experienced and have suffered severe emotional distress as a direct and proximate result of the Defendant's Negligence.

WHEREFORE, as a result of all of the foregoing allegations and each of them, Plaintiffs each demand judgment in the amount of Ten Million Dollars ($10,000,000.,00), interest, and costs of this action.

WHEREFORE, Plaintiffs demand:

a)    Fair, just and adequate money damages in an amount in excess of Ten Million Dollars ($10,000,000.00);

b)    As to the reckless allegations, punitive damages in an amount to be determined by a jury; and

c)    Such other relief as the Court deems just and proper.

Dated: July 31, 2020

Respectfully submitted,

PAULSON & NACE, PLLC

/s/ Barry J. Nace
Barry J. Nace, Esq. #130724
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
202-463-1999 – Telephone
202-223-6824 – Facsimile
bjn@paulsonandnace.com
*Counsel for Plaintiffs*

And

Stephen M. Reck
Levin, Rojas, Camassar & Reck, LLC
P.O. Box 431
North Stonington, CT 06359

860-535-4040
860-535-3434 facsimile
attorneyreck@yahoo.com
Juris No. 405481

### **Jury Demand**

Plaintiff, by and through the undersigned counsel and pursuant to Rule 38 of the District of

Columbia Rules of Civil Procedure, hereby demands trial by jury of all issues in this matter.

_/s/   Barry J. Nace_
Barry J. Nace, Esq.

61

# *Exhibit A*

# Similac® Special Care® 20
Premature Infant Formula

## Description/Indications

A 20 Cal/fl oz, iron-fortified feeding for growing, low-birth-weight infants and premature infants.

## Features

- OptiGRO™ is our exclusive blend of DHA, Lutein, and Vitamin E; these important ingredients are found in breast milk
  - DHA for brain and eye development
  - Lutein to support eye health
  - Vitamin E, an important nutrient found in breast milk to support developing cells
- Lutein, a carotenoid naturally found in colostrum and human milk, has been shown to help support eye development of the preterm infant[1-3]
- Calcium:phosphorus content and ratio (1.8:1) supports intrauterine accretion rates[4]
- Approximately 2 mg iron/kg body weight per day when fed at 120 Cal/kg body weight per day
- Gluten-free
- Kosher, Halal

## Precautions

- Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
- Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings
- Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician

1. Candela LM, et al. Eur J Nutr 2006;42:133-141.
2. Schweigert FJ, et al. Eur J Nutr 2004;43:39-44.
3. Patton S, et al. Lipids 1990;25:159-165.
4. Rubin LP, et al. J Pediatr 2012;326:418-424.
5. Atkinson SA, et al. Am J Clin Nutr 1983;38:368-391.

## Availability: Hospital/Institutional

| Size | Container | List No. |
|---|---|---|
| **Custom Feeding System** | | |
| Ready to Feed: (20 Cal/fl oz) | | |
| 2 fl oz | plastic bottle; 48/case | 56265 |

70



## Preparation

**Ready To Feed:**

Do not dilute unless directed by a physician.

Can be mixed to a variety of caloric densities using the Liqui-Mix® System (see pages 78–86). Follow physician's instructions.

## Ingredients

Ready To Feed: Water, Nonfat Milk, Corn Syrup Solids, Medium Chain Triglycerides, Lactose, Whey Protein Concentrate, Soy Oil, Coconut Oil, Less than 0.5% of: C, Corn Oil, M. Alpina Oil, Beta-Carotene, Lutein, Calcium Phosphate, Ascorbic Acid, Magnesium Chloride, Soy Lecithin, Monoglycerides, Potassium Citrate, m-Inositol, Carrageenan, Calcium Carbonate, Sodium Citrate, Potassium Hydroxide, Ferrous Sulfate, Choline Bitartrate, Taurine, Niacinamide, Choline Chloride, L-Carnitine, Zinc Sulfate, Potassium Chloride, Salt, Potassium Phosphate, d-Alpha-Tocopheryl Acetate, Calcium Pantothenate, Vitamin A Palmitate, Cupric Sulfate, Riboflavin, Thiamine Chloride Hydrochloride, Pyridoxine Hydrochloride, Folic Acid, Manganese Sulfate, Biotin, Phylloquinone, Sodium Selenate, Vitamin D₃, Cyanocobalamin, and Nucleotides (Cytidine 5'-Monophosphate, Disodium Guanosine 5'-Monophosphate, Disodium Uridine 5'-Monophosphate, Adenosine 5'-Monophosphate). Contains milk and soy ingredients.

### NUTRITION INFORMATION

| | per ... | per ... | | per ... | per ... |
|---|---|---|---|---|---|
| Energy, Cal | | 675 | Biotin, mcg | | 250 |
| Volume, ml | 148 | 1000 | Vitamin C, mg | 97 | 350 |
| Protein, g | 3.0 | 20.25 | Choline, mg | 10 | 68 |
| % Total Cal | 12 | 12 | Inositol, mg | 40 | 271 |
| Source | nonfat milk, whey protein concentrate | | **Minerals** | | |
| Fat, g | 5.43 | 36.72 | Calcium, mg | 180 | 1217 |
| % Total Cal | | | Calcium, mEq | | |
| Source | Medium chain triglyceride, soy and coconut oils | | Phosphorus, mg | 100 | 676 |
| Oil Ratio | | | Magnesium, mg | | |
| Linoleic Acid, mg | 700 | 4724 | Iron, mg | 1.8 | 12.2 |
| Carbohydrate, g | | | Zinc, mg | | |
| % Total Cal | 41 | 41 | Manganese, mcg | 12 | 81 |
| Source | Corn syrup solids, lactose | | Copper, mcg | | |
| Ratio | 50:50 | 50:50 | Iodine, mcg | 6 | 41 |
| **Vitamins** | | | Selenium, mcg | | 14 |
| Vitamin A, IU | 1250 | 8454 | Sodium, mg | 43 | 291 |
| Vitamin D, IU | | | Sodium, mEq | 1.9 | 12.6 |
| Vitamin E, IU | 5.5 | 37.1 | Potassium, mg | 129 | 872 |
| Vitamin K, mcg | | | Potassium, mEq | | |
| Thiamin (Vit B₁), mcg | 250 | 1691 | Chloride, mg | 91 | 645 |
| Riboflavin (Vit B₂), mcg | 620 | 4190 | Chloride, mEq | 2.3 | 15.5 |
| Vitamin B₆, mcg | 250 | 1691 | **Other Characteristics** | | |
| Vitamin B₁₂, mcg | 0.25 | 1.70 | mOsm/kg H₂O | 27.5 | 1872 |
| Niacin, mcg | 5000 | 33,812 | Water, g | 132 | 893 |
| Folic Acid, mcg | 37 | 250 | Approx Cal/mL/vol | 236 | 226 |
| Pantothenic Acid, mcg | 1500 | 12,060 | mOsm/kg H₂O | | |

C: Cohrail Oil is a source of DHA.
M: Alpina Oil is a source of ARA.

www.abbottnutrition.com    71

## Simlac
## Special Care 24
Nutrition infant Formula

## Description/Indications
A **24 Cal/fl oz**, iron-fortified feeding for growing, low-birth-weight infants and premature infants.

## Features
- **OptiGRO™** is our exclusive blend of DHA, Lutein, and Vitamin E; these important ingredients are found in breast milk
  - DHA for brain and eye development
  - Lutein to support eye health
  - Vitamin E, an important nutrient found in breast milk to support developing cells
- Clinically shown to improve early language development,[1*†] early visual development,[1*‡] and body composition[2*]
- Lutein, a carotenoid naturally found in colostrum and human milk, has been shown to help support eye development of the preterm infant[3-6]
- Calcium:phosphorus content and ratio (1.8:1) supports intrauterine accretion rates[7]
- Approximately 2 mg iron/kg body weight per day when fed at 120 Cal/kg body weight per day
- Gluten-free
- Kosher, Halal

72

## Precautions
- [illegible] low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
- Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings
- Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician

1. O'Connor DL, et al. *Pediatrics* 2001;108:359-371.
2. Groh-Wargo S, et al. *Pediatr Res* 2005;57:712-718.
3. Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.
4. Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.
5. Patton S, et al. *Lipids* 1990;25:159-165.
6. Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.
7. Mize CE, et al. *Am J Clin Nutr* 1995;62:385-391.
\* Compared to infants fed a formula without DHA and ARA in a clinical trial with Similac Special Care and Similac® NeoSure® infant formulas with iron.
† Based on a post-hoc analysis of English-speaking singleton premature infants using the MacArthur Communicative Developmental Inventories.
‡ Visual acuity measured at 4 and 6 months corrected age and assessed by VEP (visual evoked potential).

### Availability: Hospital/Institutional

| Size | Container | List No. |
|---|---|---|
| **Custom Feeding System** | | |
| **Ready to Feed: (24 Cal/fl oz)** | | |
| 2 fl oz .................... plastic bottle; 48/case .................... | | 56267 |

### Availability: Retail (available with physician order)

| Size | Container | List No. |
|---|---|---|
| **Ready to Feed: (24 Cal/fl oz)** | | |
| 2 fl oz ....... plastic bottle; 8 btl/ctn; 6 ctn/cs; 48 btl/cs ....... | | 56269 |



**Ready To Feed:**
Do not dilute unless directed by a physician.

Can be mixed to a variety of caloric densities using the Liqui-Mix® System (see pages 78-86). Follow physician's instructions.

Ready To Feed: Water, Nonfat Milk, Corn Syrup Solids, Medium Chain Triglycerides, Lactose, Whey Protein Concentrate, Soy Oil, Coconut Oil. Less than 0.5% of: C. Cohnii Oil, M. Alpina Oil, Beta-Carotene, Lutein, Calcium Phosphate, Ascorbic Acid, Potassium Citrate, Calcium Carbonate, Soy Lecithin, Monoglycerides, Magnesium Chloride, m-Inositol, Sodium Citrate, Carrageenan, Potassium Hydroxide, Ferrous Sulfate, Choline Bitartrate, Taurine, Choline Chloride, Niacinamide, L-Carnitine, Zinc Sulfate, Potassium Chloride, Salt, Potassium Phosphate, d-Alpha-Tocopheryl Acetate, Calcium Pantothenate, Vitamin A Palmitate, Cupric Sulfate, Riboflavin, Thiamine Chloride Hydrochloride, Pyridoxine Hydrochloride, Folic Acid, Manganese Sulfate, Biotin, Phytoquinone, Sodium Selenate, Vitamin D₃, Cyanocobalamin, and Nucleotides (Cytidine 5'-Monophosphate, Disodium Guanosine 5'-Monophosphate, Disodium Uridine 5'-Monophosphate, Adenosine 5'-Monophosphate). Contains milk and soy ingredients.

## NUTRITION INFORMATION

| | per 100 | per 100 | | | per 100 | per 100 |
|---|---|---|---|---|---|---|
| Energy, Cal | 100 | 812 | Biotin, mcg | | 37 | 300 |
| Volume, mL | 124 | 1000 | Vitamin C, mg | | 37 | 300 |
| Protein, g | | 24.74 | Choline, mg | | 40 | 325 |
| % Total Cal | 12 | 12 | Inositol, mg | | 40 | 325 |
| Source | Nonfat milk, whey protein concentrate | | **Minerals** | | | |
| Fat, g | 5.43 | 44.67 | Calcium, mg | | 180 | 1461 |
| % Total Cal | 47 | 47 | Calcium, mEq | | 9.0 | 72.9 |
| Source | Medium chain triglycerides, soy, and coconut oils (0.25% DHA, 0.40% ARA) | | Phosphorus, mg | | 100 | 812 |
| Oil Ratio | 50:30:20 | 50:30:20 | Magnesium, mg | | | 97.3 |
| Linoleic Acid, mg | 700 | 5681 | Iron, mg | | 1.8 | 14.6 |
| Carbohydrate, g | 10.3 | 83.5 | Zinc, mg | | 1.5 | 12.17 |
| % Total Cal | 41 | 41 | Manganese, mcg | | 12 | 97 |
| Source | Corn syrup solids, lactose | | Copper, mcg | | 250 | 2029 |
| Ratio | 50:50 | 50:50 | Iodine, mcg | | 6 | 49 |
| **Vitamins** | | | Selenium, mcg | | 2 | 16 |
| Vitamin A, IU | 1250 | 10,144 | Sodium, mg | | 43 | 349 |
| Vitamin D, IU | | 811 | Sodium, mEq | | 1.9 | 15.2 |
| Vitamin E, IU | 4.0 | 32.5 | Potassium, mg | | 129 | 1047 |
| Vitamin K, mcg | 12 | 97.4 | Potassium, mEq | | 3.3 | 26.8 |
| Thiamin (Vit B₁), mcg | 250 | 2029 | Chloride, mg | | 81 | 657 |
| Riboflavin (Vit B₂), mcg | 620 | 5032 | Chloride, mEq | | 2.3 | 18.5 |
| Vitamin B₆, mcg | 250 | 2029 | **Other Characteristics** | | | |
| Vitamin B₁₂, mcg | 0.55 | 4.48 | PREL, mOsm | | 27.8 | 225.6 |
| Niacin, mcg | 5000 | 40,576 | Water, g | | 109 | 885 |
| Folic Acid, mcg | 37 | 300 | Approx Osmolality, | | 290 | 290 |
| Pantothenic Acid, mcg | 1900 | 15,419 | mOsm/kg H₂O | | | |

C. Cohnii Oil is a source of DHA.
M. Alpina Oil is a source of ARA.

# Similac
## Special Care 24
## High Protein
Premature infant formula with iron

## Description/Indications
A **24 Cal/fl oz**, iron-fortified feeding for growing, low-birth-weight infants and premature infants who may need extra protein to help support growth.

## Features
- OptiGRO™ is our exclusive blend of DHA, Lutein, and Vitamin E; these important ingredients are found in breast milk
  - DHA for brain and eye development
  - Lutein to support eye health
  - Vitamin E, an important nutrient found in breast milk to support developing cells
- 3.3 g of protein/100 Cal, 10% more protein than Similac® Special Care® 24
- Designed as a liquid option to meet the higher protein needs of very low-birth-weight infants
- When fed at 120 Cal/kg/day, meets the recommended 4 g protein/kg/day for very low-birth-weight infants[1-4]
- Lutein, a carotenoid naturally found in colostrum and human milk, has been shown to help support eye development of the preterm infant[5,6]
- Calcium:phosphorus content and ratio (1.8:1) supports intrauterine accretion rates[9]

fed at 120 Cal/kg body weight per day
- Gluten-free
- Kosher, Halal

## Precautions
- Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
- Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings
- Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician

1. Ziegler EE. J Pediatr Gastroenterol Nutr 2007;45:170-174.
2. Klein CJ. J Nutr 2002;132:1395S-1577S.
3. Kleinman RE, Greer FR (eds). Pediatric Nutrition, 7th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2014:93.
4. Canadian Pediatric Society. CMAJ 1995;152(11):1765-1785.
5. Canfield LM, et al. Eur J Nutr 2003;42:133-141.
6. Schweigert FJ, et al. Eur J Nutr 2004;43:39-44.
7. Patton S, et al. Lipids 1990;25:159-165.
8. Rubin LP, et al. J Perinatol 2012;32(6):418-424.
9. Mize CE, et al. Am J Clin Nutr 1995;62:385-391.

## Availability: Hospital/Institutional

| Size | Container | List No. |
| --- | --- | --- |
| **Custom Feeding System** | | |
| **Ready to Feed: (24 Cal/fl oz)** | | |
| 2 fl oz ..................... plastic bottle; 48/case ..................... | | 56271 |

74



**Preparation**

**Ready To Feed:**
Do not dilute unless directed by a physician.

Can be mixed to a variety of caloric densities using the Uqui-Mix® System (see pages 78-86). Follow physician's instructions.

**Ready To Feed:** Water, Nonfat Milk, Corn Syrup Solids, Medium Chain Triglycerides, Whey Protein Concentrate, Lactose, Soy Oil, Coconut Oil. **Less than 0.5% of:** C. Cohnii Oil, M. Alpina Oil, Beta-Carotene, Lutein, Calcium Phosphate, Ascorbic Acid, Potassium Citrate, Calcium Carbonate, Soy Lecithin, Monoglycerides, Magnesium Chloride, m-Inositol, Sodium Citrate, Carrageenan, Potassium Hydroxide, Ferrous Sulfate, Choline Bitartrate, Taurine, Choline Chloride, Niacinamide, L-Carnitine, Zinc Sulfate, Potassium Chloride, Salt, Potassium Phosphate, d-Alpha-Tocopheryl Acetate, Calcium Pantothenate, Vitamin A Palmitate, Cupric Sulfate, Riboflavin, Thiamine Chloride Hydrochloride, Pyridoxine Hydrochloride, Folic Acid, Manganese Sulfate, Biotin, Phylloquinone, Sodium Selenate, Vitamin D₃, Cyanocobalamin, and Nucleotides (Cytidine 5'-Monophosphate, Disodium Guanosine 5'-Monophosphate, Disodium Uridine 5'-Monophosphate, Adenosine 5'-Monophosphate). **Contains milk and soy ingredients.**

### NUTRITION INFORMATION

| | 100 mL | 1000 mL | | 100 mL | 1000 mL |
|---|---|---|---|---|---|
| Energy, Cal | 100 | 812 | Biotin, mcg | 3 | 300 |
| Volume, mL | 124 | 1000 | Vitamin C, mg | 37 | 300 |
| Protein, g | 3.3 | 26.6 | Choline, mg | 40 | 325 |
| % Total Cal | 13 | 13 | Inositol, mg | 40 | 325 |
| **Source** | nonfat milk, whey protein concentrate | | **Minerals** | | |
| Fat, g | 5.43 | 44.07 | Calcium, mg | 180 | 1461 |
| % Total Cal | 47 | 47 | Sodium, mEq | 8.0 | 72.9 |
| Source | Medium chain triglycerides, soy, and coconut oils (0.25% DHA; 0.40% ARA) | | Phosphorus, mg | 100 | 812 |
| Oil Ratio | 50:30:18 | 50:30:18 | Magnesium, mg | 12 | 97.4 |
| Linoleic Acid, mg | 700 | 5621 | Iron, mg | 1.8 | 14.6 |
| Carbohydrate, g | 10 | 81 | Zinc, mg | 1.2 | 12.17 |
| % Total Cal | 40 | 40 | Manganese, mcg | 12 | 97 |
| Source | Corn syrup solids, lactose | | Copper, mcg | 250 | 2029 |
| Ratio | 50:50 | 50:50 | Iodine, mcg | 6 | 49 |
| **Vitamins** | | | Selenium, mcg | 2 | 16 |
| Vitamin A, IU | 1250 | 10,144 | Sodium, mg | 43 | 349 |
| Vitamin D, IU | 250 | 2029 | Sodium, mEq | 1.9 | 15.2 |
| Vitamin E, IU | 4.0 | 32.5 | Potassium, mg | 129 | 1047 |
| Vitamin K, mcg | 12 | 97.4 | Potassium, mEq | 3.3 | 26.8 |
| Thiamin (Vit B₁), mcg | 250 | 2029 | Chloride, mg | 81 | 657 |
| Riboflavin (Vit B₂), mcg | 500 | 4059 | Chloride, mEq | 2.3 | 18.6 |
| Vitamin B₆, mcg | 250 | 2029 | **Other Characteristics** | | |
| Vitamin B₁₂, mcg | 0.50 | 4.44 | Potential Renal Solute Load, mOsm | 28.7 | 233 |
| Niacin, mcg | 5000 | 40,576 | Water, g | 109 | 885 |
| Folic Acid, mcg | 25 | 203 | Approx Osmolality, | 290 | 290 |
| Pantothenic Acid, mcg | 1900 | 15,415 | mOsm/kg H₂O | | |

C. Cohnii Oil is a source of DHA.
M. Alpina Oil is a source of ARA.

www.abbottnutrition.com

75

# Similac
# Special Care 30
Premature Infant Formula

- Gluten-Free; Kosher, Halal

## Description/Indications

A **30 Cal/fl oz**, iron-fortified feeding for growing, low-birth-weight infants and premature infants. First 30 Cal/fl oz ready-to-feed liquid preterm infant formula.

## Features

- OptiGRO™ is our exclusive blend of DHA, Lutein, and Vitamin E; these important ingredients are found in breast milk

  - DHA for brain and eye development
  - Lutein to support eye health
  - Vitamin E, an important nutrient found in breast milk to support developing cells

- When mixed 1:1 with human milk, provides 25 Cal/fl oz to meet the energy needs of most preterm infants[1,2]
- Lutein, a carotenoid naturally found in colostrum and human milk, has been shown to help support eye development of the preterm infant[3-6]
- Increases the calcium and phosphorus content of human milk to support growing bones
- With human milk
  - Suitable for use as a human milk fortifier
  - Can be used as a breast milk extender for mothers whose milk supply is low[a*]
  - Increases the nutrient content of human milk without increasing the osmolality—nearly isotonic at 310 mOsm/kg water when mixed 1:1 with human milk

## Precautions

- Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
- Use this product only after feedings of lower caloric density are well-established. For improved tolerance, it is best to increase caloric density slowly, by 2- to 4-Cal/fl oz increments
- Hydration status should be monitored
- Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician

1. Klein CJ. J Nutr 2002;132:1395S-1577S.
2. Lewis J, et al. J Invest Med 2010;58(2):435. Abstract 283.
3. Canfield LM, et al. Eur J Nutr 2003;42:133-141.
4. Schweigert FJ, et al. Eur J Nutr 2004;43:39-44.
5. Patton S, et al. Lipids 1990;25:159-165.
6. Rubin LP, et al. J Perinatal 2012;32(6):418-424.
7. Tsang P, et al (eds). Nutrition of the Preterm Infant: Scientific Basis and Practical Guidelines. Cincinnati, OH: Digital Education Publishing Inc., 2005.
* Use once feeding tolerance is established.

## Availability: Hospital/Institutional

| Size | Container | List No. |
|---|---|---|
| **Custom Feeding System** | | |
| **Ready to Feed: (30 Cal/fl oz)** | | |
| 2 fl oz ...................... | plastic bottle; 48/case ..................... | 56275 |

## Availability: Retail (available with physician order)

| Size | Container | List No. |
|---|---|---|
| **Ready to Feed: (30 Cal/fl oz)** | | |
| 2 fl oz.....plastic bottlie; 8 btl/ctn; 6 ctn/cs; 48 btl/cs...... | | 56312 |

Case 3:20-cv-00099-SRU Document 30-20 Filed 03/19/20 Page 9 of 9 1-3 Filed 09/10/20 Page 71 of 79



**Preparation**

**Ready To Feed:**
Do not dilute unless directed by a physician.

Can be mixed to a variety of caloric densities using the Liqui-Mix® System (see pages 78-86). Follow physician's instructions.

**Ingredients**

Ready To Feed: Water, Nonfat Milk, Corn Syrup Solids, Medium Chain Triglycerides, Soy Oil, Whey Protein Concentrate, Coconut Oil, Lactose. Less than 0.5% of: C. Cohnii Oil, M. Alpina Oil, Beta-Carotene, Lutein, Calcium Phosphate, Ascorbic Acid, Calcium Carbonate, Soy Lecithin, Monoglycerides, Magnesium Chloride, Sodium Citrate, m-Inositol, Potassium Hydroxide, Carrageenan, Ferrous Sulfate, Choline Bitartrate, Taurine, Choline Chloride, Niacinamide, L-Carnitine, Zinc Sulfate, d-Alpha-Tocopheryl Acetate, Calcium Pantothenate, Vitamin A Palmitate, Cupric Sulfate, Riboflavin, Potassium Citrate, Pyridoxine Hydrochloride, Thiamine Chloride Hydrochloride, Folic Acid, Manganese Sulfate, Biotin, Phylloquinone, Sodium Selenite, Vitamin D₃, Cyanocobalamin, Potassium Chloride, Potassium Phosphate, and Nucleotides (Cytidine 5'-Monophosphate, Disodium Guanosine 5'-Monophosphate, Disodium Uridine 5'-Monophosphate, Adenosine 5'-Monophosphate). Contains milk and soy ingredients.

## NUTRITION INFORMATION

| | per L | per 1000 | | per L | per 1000 |
|---|---|---|---|---|---|
| Energy, Cal | 90 | 1014 | Biotin, mcg | 57 | 375.3 |
| Volume, mL | 99 | 1000 | Vitamin C, mg | 37 | 375 |
| Protein, g | 3.0 | 30.4 | Choline, mg | 40 | 401 |
| % Total Cal | 12 | 12 | Inositol, mg | 40 | 406 |
| Source | Nonfat milk, whey protein concentrate | | **Minerals** | | |
| Fat, g | 6.6 | 67.1 | Calcium, mg | 180 | 1826 |
| % Total Cal | 57 | 57 | Calcium, mEq | 9.0 | 91.5 |
| Source | Medium chain triglycerides, soy, and coconut oils (0.21% DHA; 0.33% ARA) | | Phosphorus, mg | 100 | 1014 |
| Oil Ratio | 50:30:18 | 50:30:18 | Magnesium, mg | 12 | 122 |
| Linoleic Acid, mg | 700 | 7101 | Iron, mg | 1.8 | 18.3 |
| Carbohydrate, g | 7.5 | 76.4 | Zinc, mg | 1.2 | 12.2 |
| % Total Cal | 31 | 31 | Manganese, mcg | 12 | 122 |
| Source | Corn syrup solids, lactose | | Copper, mcg | 250 | 2536 |
| Ratio | 50:50 | 50:50 | Iodine, mcg | 6 | 61 |
| **Vitamins** | | | Selenium, mcg | 2 | 20 |
| Vitamin A, IU | 1250 | 12,681 | Sodium, mg | 43 | 436 |
| Vitamin D, IU | 100 | 1022 | Sodium, mEq | 1.9 | 19.0 |
| Vitamin E, IU | 4.0 | 40.6 | Potassium, mg | 129 | 1308 |
| Vitamin K, mcg | | 30.0 | Potassium, mEq | 3.3 | 33.5 |
| Thiamin (Vit B₁), mcg | 250 | 2536 | Chloride, mg | 61 | 621 |
| Riboflavin (Vit B₂), mcg | 620 | 6290 | Chloride, mEq | 2.3 | 23.3 |
| Vitamin B₆, mcg | 250 | 2536 | **Other Characteristics** | | |
| Vitamin B₁₂, mcg | 0.45 | 4.56 | PRSL, mOsm | 27.8 | 282.3 |
| Niacin, mcg | 5000 | 50,722 | Water, g | 84 | 852 |
| Folic Acid, mcg | 37 | 375 | Approx Osmolality, | 325 | 325 |
| Pantothenic Acid, mcg | 1900 | 19,274 | mOsm/kg H₂O | | |

C. Cohnii Oil is a source of DHA.
M. Alpina Oil is a source of ARA.

20 Cal/fl oz

48—2 FL OZ BOTTLES (3 QTY)/
48—59 mL BOTTLES (2.83 L)

Similac®
SPECIAL CARE®
PREMATURE

Infant Formula with Iron

56265

**DHA/ARA**
**DO NOT ADD WATER**
**READY TO FEED**

20 Cal/fl oz

Similac®
SPECIAL CARE®
PREMATURE

48—2 FL OZ BOTTLES (3 QTY)/
48—59 mL BOTTLES (2.83 L)

Infant Formula with Iron

56265

FOR POSITION ONLY

0 00 70074 56265 0

FOR POSITION ONLY

0 70074 56265 0

**OTHER SIDE UP**

#56265 C2345-05
© 2016 Abbott Laboratories
Pat. www.abbott.us/patents



DHA/ARA
DO NOT ADD WATER
READY TO FEED

24 Cal/fl oz

48–2 FL OZ BOTTLES (3 QT)/
48–59 mL BOTTLES (2.83 L)

**Similac®**
**SPECIAL CARE®**
**PREMATURE**
Infant Formula with Iron

**56267**

FOR POSITION ONLY
0 00 70074 56267 4

FOR POSITION ONLY
0 70074 56267 4

OTHER SIDE UP
#56267 C2347-06
© 2018 Abbott Laboratories
Pat. www.abbott.us/patents





DHA/ARA
DO NOT ADD WATER
READY TO FEED

# Similac®
## SPECIAL CARE®
Premature Infant Formula with IRON

HIGH PROTEIN
3.3 g/100 Cal
24 Cal/fl oz

48–2 FL OZ BOTTLES (3 QT)/
48–59 mL BOTTLES (2.83 L)

56271

FOR POSITION ONLY
0 00 70074 56271 1

FOR POSITION ONLY
0 70074 56271 1

OTHER SIDE UP
#56271 C2350-02
© 2018 Abbott Laboratories
Pat. www.abbott.us/patents

Similac®
SPECIAL CARE®
Premature Infant Formula with IRON
HIGH PROTEIN 3.3 g/100 Cal
24 Cal/fl oz
48–2 FL OZ BOTTLES (3 QT)/
48–59 mL BOTTLES (2.83 L)
DHA/ARA
DO NOT ADD WATER
READY TO FEED
56271
0 00 70074 56271 1

DHA/ARA
DO NOT ADD WATER
READY TO FEED

30 Cal/fl oz

Similac®
SPECIAL CARE®
PREMATURE
Infant Formula with Iron

48–2 FL OZ BOTTLES (3 QT)/
48–59 mL BOTTLES (2.83 L)

56275

FOR POSITION ONLY
0 00 70074 56275 9

FOR POSITION ONLY
0 70074 56275 9

OTHER SIDE UP
#56275 C2352-02

© 2019 Abbott Laboratories
Pat. www.abbott.us/patents

# Product Information:
# Similac® Human Milk Fortifier Powder

© 2018 Abbott Laboratories Inc.
Updated 11/29/2016

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767

Abbott



- Intended for premature and low-birth-weight infants as a nutritional supplement to add to human milk.
- Use under medical supervision.
- Excellent weight, length and head circumference gains demonstrated in a peer-reviewed study.[1]
- In a peer-reviewed study, preserved the antibacterial activity of human milk against *Escherichia coli*, *Staphylococcus*, Group B *Strepotcoccus*, and *Enterobacter sakazakii* (now *Cronobacter sakazakii*).[2]
- Specially formulated to mix easily with human milk.
- Low iron level provides flexibility to add iron as needed.
- Well tolerated.
- Small, convenient packaging designed for less spillage.
- Gluten-free.
- Halal.
- Kosher.

## Safety Precautions

- Add only to human milk - do not add water.
- Tolerance to enteral feedings should be confirmed by offering small volumes of unfortified human milk.
- Once enteral feeding is well established, Similac Human Milk Fortifier Powder can be added to human milk.
- Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician.
- Powdered infant formulas are not sterile and should not be fed to premature infants or infants who might have immune problems unless directed and supervised by your baby's doctor.
- **Never use a microwave oven to warm feedings.** Serious burns can result.

[1] *Barrett-Reis B, et al. Pediatrics 2000;106:581-588.*

[2] *Chan GM. J Perinatol 2003;23:620-623.*

## Ingredients

### Powder Unflavored:

Nonfat Milk, Whey Protein Concentrate, Corn Syrup Solids, Medium chain Triglycerides, Calcium Phosphate, Potassium Citrate. Less than 2% of: Soy Lecithin, Minerals (Magnesium Chloride, Sodium Citrate, Calcium Carbonate, Salt, Potassium Phosphate, Zinc Sulfate, Ferrous Sulfate, Cupric Sulfate, Manganese Sulfate, Sodium Selenate), Vitamins (Vitamin A Palmitate, Vitamin D3, d-Alpha-Tocopheryl Acetate, Phylloquinone, Thiamin Chloride Hydrochloride, Riboflavin, Pyridoxine Hydrochloride, Cyanocobalamin, Niacinamide, Folic Acid, Calcium Pantothenate, Biotin, Ascorbic Acid, m-Inositol), and Potassium Hydroxide.
**Allergens:** Contains milk and soy ingredients.

## Availability

| List Number | Item |
| --- | --- |
| 54598 | Similac Human Milk Fortifier Powder / 0.032 oz (0.9 g) Packet / 3 x 50 ct |

© 2018 Abbott Laboratories Inc.
Updated 11/29/2016

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767



## Nutrition Information - Powder Unflavored

| | 0.9 g (1 packet) | | 26 mL (as mixed with 25 mL preterm human milk)* | |
|---|---|---|---|---|
| | Value | %RDI / %DV | Value | %RDI / %DV |
| Calories | 3.5 | | 20 | |
| Protein, g | 0.25 | | 0.60 | |
| Fat, g | 0.09 | | 1.06 | |
| Carbohydrate, g | 0.45 | | 2.11 | |
| Water, g | 0 | | 22 | |
| Linoleic Acid, mg | 0 | | 92 | |
| Vitamin A, IU | 155 | | 252 | |
| Vitamin D, IU | 30 | | 31 | |
| Vitamin E, IU | 0.8 | | 1.1 | |
| Vitamin K, mcg | 2.1 | | 2.1 | |
| Thiamin (Vitamin B1), mcg | 58 | | 63 | |
| Riboflavin (Vitamin B2), mcg | 104 | | 120 | |
| Vitamin B6, mcg | 53 | | 60 | |
| Vitamin B12, mcg | 0.16 | | 0.17 | |
| Niacin, mcg | 893 | | 900 | |
| Folic Acid (Folacin), mcg | 5.75 | | 6.6 | |
| Pantothenic Acid, mcg | 375 | | 400 | |
| Biotin, mcg | 6.5 | | 6.6† | |
| Vitamin C (Ascorbic Acid), mg | 6.3 | | 8.9 | |
| Choline, mg | 0.5 | | 2.8† | |
| Inositol, mg | 1 | | 4.6† | |
| Calcium, mg | 29 | | 35 | |
| Calcium, mEq | 1.46 | | 1.8 | |
| Phosphorus, mg | 16 | | 19 | |
| Magnesium, mg | 1.7 | | 2.5 | |
| Iron, mg | 0.08* | | 0.11‡ | |
| Zinc, mg | 0.25 | | 0.34 | |
| Manganese, mcg | 1.8 | | 2.0† | |
| Copper, mcg | 43 | | 59 | |
| Iodine, mcg | 0.8 | | 3.5† | |
| Selenium, mcg | 0.1 | | 0.5† | |
| Sodium, mg | 4 | | 10 | |
| Sodium, mEq | 0.16 | | 1 | |
| Potassium, mg | 16 | | 30 | |
| Potassium, mEq | 0.40 | | 0.8 | |
| Chloride, mg | 9 | | 23 | |
| Chloride, mEq | 0.27 | | 0.7 | |
| Potential Renal Solute Load, mOsm | 2.8 | | 5.9 | |

For more information, contact your Abbott Nutrition Representative or visit
www.abbottnutrition.com

© 2018 Abbott Laboratories Inc.
Updated 11/29/2016

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767


Abbott

## Powder Unflavored Footnotes & References

**Per 0.9 g (1 packet)**
* Additional iron may be necessary.

**Per 26 mL (as mixed with 25 mL preterm human milk)***

*Preterm human milk values from "Meeting the Special Needs of Low-Birth-Weight and Premature Infants in the Hospital", Columbus, OH, Abbott Nutrition, Abbott Laboratories, Jan 1998.

†Values based on term human milk from Academy of Pediatrics Committee on Nutrition. "Pediatric Nutrition Handbook", ed 4. Elk Grove Village: American Academy of Pediatrics, 1998:40; 132-135, 217, 258, 655-658.

‡Additional iron may be necessary.

## Preparation

**Instructions for Use:**
This product is for premature and low-birth-weight infants. Proper hygiene, handling and storage are important when preparing fortified human milk. Failure to follow these directions could result in severe harm.

| Additional Calories Desired | Human Milk | Similac Human Milk Fortifier |
|---|---|---|
| 2 (Cal/fl oz) | 50 mL | 1 packet |
| 4·(Cal/fl oz) | 25 mL | 1 packet |

<u>Immediate Use:</u>

- Pour desired quantity of human milk into sterile feeding container.
- To open packet, tear top off completely along perforation.
- Add contents to human milk; shake until mixed well,
  - <u>Bottle Feeding</u>: Discard one hour after feeding begins.
  - <u>Tube Feeding</u>: Limit hang time to a maximum of 4 hours.

<u>When Stored:</u>

- Refrigerate unused fortified human milk and use within 24 hours.
- After refrigeration, remix gently if needed. Feed promptly.

## Storage & Handling

**Instructions for Storage:**

- **Keep unopened packets at room temperature;** avoid extreme temperatures.

© 2018 Abbott Laboratories Inc.
Updated 11/29/2016

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767

